KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
  ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone:  310.566.9800
Facsimile:   310.566.9850

Attorneys for
SeaWorld Entertainment, Inc.;
SeaWorld Parks & Entertainment, Inc.;
SeaWorld Parks & Entertainment LLC
and SeaWorld LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRALEDGE, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>SEAWORLD ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEAWORLD LLC; and DOES 1-10, inclusive,<br><br>  Defendants.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEA WORLD LLC;<br><br>  Cross-Complainants,<br><br>vs.<br><br>SPIRALEDGE, INC.,<br><br>  Cross-Defendant. | Case No. 13:CV0296-BAS-BLM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION OF DAMAGES**<br><br>[Memorandum of Points and Authorities In Support Thereof and Declaration of Gregory Korn Filed Contemporaneously Herewith]<br><br>Date:    August 11, 2014<br>Time:   10:30 am<br>Crtrm.:  4B<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

10752.00003/212965.6                                                     13:CV0296-WQH-BLM

NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION OF DAMAGES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 11, 2014, at 10:30 a.m. or as soon thereafter as counsel may be heard in Courtroom 4B in the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Defendants SeaWorld Parks & Entertainment, Inc., SeaWorld Parks & Entertainment, LLC, and SeaWorld LLC ("Defendants") will appear and move the Court for summary adjudication of Plaintiff's claims to disgorge Defendants' profits and for an award of corrective advertising costs. Defendants' motion is made on the basis that Plaintiff's claims for monetary relief fail as a matter of law.

Defendants' Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the accompanying Declaration of Gregory Korn and attached exhibits, all papers and pleadings on file herein, and on such other oral and documentary evidence as the Court may receive at or before the hearing on this Motion.

DATED: June 9, 2014         KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP


By: /s/ Lawrence Y. Iser
Lawrence Y. Iser
Attorneys for SeaWorld Entertainment, Inc.; SeaWorld Parks & Entertainment, Inc.; SeaWorld Parks & Entertainment LLC: and SeaWorld LLC