KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
  ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone:  310.566.9800
Facsimile:   310.566.9850

Attorneys for
SeaWorld Entertainment, Inc.;
SeaWorld Parks & Entertainment, Inc.;
SeaWorld Parks & Entertainment LLC
and SeaWorld LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRALEDGE, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>SEAWORLD ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEAWORLD LLC; and DOES 1-10, inclusive,<br><br>            Defendants.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEA WORLD LLC;<br><br>            Cross-Complainants,<br><br>      vs.<br><br>SPIRALEDGE, INC.,<br><br>            Cross-Defendant. | Case No. 13CV0296  BAS-BLM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>[Declaration of Gregory Gabriel Filed Concurrently Herewith]<br><br>Judge:   Judge Cynthia Bashant<br>Hearing<br>Date:    August 4, 2014<br>Time:    10:30 am<br>Crtrm.:   4B<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>Trial<br>Date:    December 3, 2014 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** that on August 4, 2014, at 10:30 a.m. or as soon thereafter as counsel may be heard in Courtroom 4B at 221 West Broadway, 4th Floor, San Diego, California 92101, Defendants SeaWorld Parks & Entertainment, Inc., SeaWorld Parks & Entertainment, LLC, and SeaWorld LLC ("Defendants") will appear and move the Court for summary judgment of the First Amended Complaint in its entirety. Defendants' motion is made on the basis that Plaintiff's asserted trademark is invalid and unenforceable as a matter of law, and that all claims in the First Amended Complaint fail as a result.

Defendants' Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the accompanying Declaration of Gregory Gabriel and attached exhibits, all papers and pleadings on file herein, and on such other oral and documentary evidence as the Court may receive at or before the hearing on this Motion.

DATED: June 9, 2014               KINSELLA WEITZMAN ISER KUMP &
                                  ALDISERT LLP


                                  By: /s/Lawrence Y. Iser
                                      Lawrence Y. Iser
                                      Attorneys for SeaWorld Entertainment,
                                      Inc.; SeaWorld Parks & Entertainment,
                                      Inc.; SeaWorld Parks & Entertainment
                                      LLC: and SeaWorld LLC