KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
  ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone:  310.566.9800
Facsimile:  310.566.9850

Attorneys for
SeaWorld Entertainment, Inc.;
SeaWorld Parks & Entertainment, Inc.;
SeaWorld Parks & Entertainment LLC
and SeaWorld LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRALEDGE, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEAWORLD ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEAWORLD LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEA WORLD LLC;<br><br>　　　　Cross-Complainants,<br>　vs.<br><br>SPIRALEDGE, INC.,<br><br>　　　　Cross-Defendant. | Case No. 13CV0296 WQH-BLM<br><br>**REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT DEFENDANTS' FOR SUMMARY JUDGMENT**<br><br>Date:　August 4, 2014<br>Time:　10:30 am.<br>Crtrm.: 4B<br><br>Trial<br>Date:　December 3, 2014<br><br>[Memorandum of Points and Authorities; Declaration and Confidential Declaration of Gregory Gabriel In Support Thereof; Motion to File Documents Under Seal Filed Concurrently Herewith] |

13CV0296 WQH-BLM
REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT DEFENDANTS' FOR SUMMARY JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Evidence 201(b)(2) and 201(d), Defendants SeaWorld Entertainment, Inc.; SeaWorld Parks & Entertainment, Inc.; SeaWorld Parks & Entertainment LLC and SeaWorld LLC ("SeaWorld") request that this Court, in considering SeaWorld's Motion For Summary Judgment filed concurrently herewith, take judicial notice of the following facts and documents, which are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned:

1. "Acuatica" is the Spanish word for "aquatic." Declaration of Gregory S. Gabriel in Support of SeaWorld's Motion For Summary Judgment ("Gabriel Decl."), Exh E;

2. "Aquatica" is the Latin word for "aquatic." Gabriel Decl. Exh I;

3. Spanish is the second most spoken language in the United States. Gabriel Decl., Exh. G.

DATED: June 9, 2014            KINSELLA WEITZMAN ISER
                               KUMP & ALDISERT LLP


                               By:      /s/ Lawrence Y. Iser
                                    Lawrence Y. Iser
                                    Attorneys for SeaWorld Entertainment,
                                    Inc.; SeaWorld Parks & Entertainment,
                                    Inc.; SeaWorld Parks & Entertainment
                                    LLC and SeaWorld LLC