KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
  ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone:  310.566.9800
Facsimile:  310.566.9850

Attorneys for
SeaWorld Entertainment, Inc.;
SeaWorld Parks & Entertainment, Inc.;
SeaWorld Parks & Entertainment LLC
and SeaWorld LLC

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRALEDGE, INC., <br><br> Plaintiff, <br> vs. <br><br> SEAWORLD ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEAWORLD LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 13:CV0296-WQH-BLM <br><br> [Hon. Cynthia Bashant] <br><br> **DECLARATION OF GREGORY S. GABRIEL FILED IN SUPPORT OF SEAWORLD'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date:    August 4, 2014 <br> Time:   10:30 am. <br> Crtrm.: 4B <br><br> NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |
| SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEA WORLD LLC; <br><br> Cross-Complainants, <br> vs. <br><br> SPIRALEDGE, INC., <br><br> Cross-Defendant. | Trial <br> Date:   December 3, 2014 |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## TABLE OF EXHIBITS

| Exhibit | Description | Page |
|---------|-------------|------|
| A | Trademark Application for AQUATICA filed by Plaintiff Spiraledge Inc. | 5 |
| B | Statement of Use filed by Spiraledge with the USPTO indicating that Spiraledge first used the AQUATICA mark in commerce in September 2008. | 11 |
| C | Screenshots printed from the Wayback Machine which reflect the layout of, and products sold on Sprialedge's Aquatica.com website as of October 26, 2008. | 17 |
| D | screenshots of pages the website www.aquatica.com | 21 |
| E | Webster's New Explorer Spanish-English Dictionary and Velazquez Spanish and English Dictionary | 28 |
| F | USPTO Office Action in connection with Spiraledge's application for the AQUATICA mark. | 34 |
| G | United States Census Bureau at www.census.gov., Table 1 from a report entitled Language Use In The United States: 2011 | 39 |
| H | Screenshots from the homepages of Spiraledge's websites at www.yogaoutlet.com and www.runoutlet.com. | 41 |
| I | Excerpts from the Pocket Oxford Latin Dictionary and Cassell's Latin Dictionary" | 46 |
| J | Excerpts from the Trademark Manual Of Examining Procedure | 55 |
| K | Screenshots from the website www.wikipedia.com | 58 |
| L | Screenshots of pages from the online version of the Merriam Website Dictionary at www.merriam-webster.com/dictionary | 81 |
| M | Screenshots from websites accessed after Google search for the word "aquatica." | 87 |
| N | USPTO Office Action issued in connection with Sea World Parks & Entertainment, Inc.'s application for the mark "Aquatica SeaWorld's Waterpark." | 118 |
| O | USPTO records reflecting various trademark registrations for the word "aquatica" in different classes for use in connection with various aquatic-related products and services. | 127 |
| P | Copy of an article regarding the estimated overall size of the United States performance swimwear market | 130 |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## DECLARATION OF GREGORY S. GABRIEL

I, Gregory S. Gabriel, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am an associate with Kinsella Weitzman Iser Kump & Aldisert LLP, attorneys of record for Defendants SeaWorld Entertainment, Inc., SeaWorld Parks & Entertainment, Inc., SeaWorld Parks & Entertainment, LLC and SeaWorld LLC (collectively "SeaWorld").  If called as a witness, I could and would competently testify to all the facts within my personal knowledge except where stated upon information and belief.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the trademark application for AQUATICA filed by Plaintiff Spiraledge Inc. ("Spiraledge").  I obtained a copy of this trademark application from the website of the United States Patent and Trademark Office ("USPTO") on May 23, 2014.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Statement of Use filed by Spiraledge with the USPTO indicating that Spiraledge first used the AQUATICA mark in commerce in September 2008.  I obtained a copy of this Statement of Use from the USPTO's website on May 23, 2014.

4.      On May 23, 2014, I accessed the Wayback Machine found on the archive.org website.  The Wayback Machine is a repository of cached versions of websites which reflect how those websites appeared at various times in the past. Attached hereto as **Exhibit C** are a true and correct copies of screenshots printed from the Wayback Machine which reflect the layout of, and products sold on Sprialedge's Aquatica.com website as of October 26, 2008.

5.      On May 23, 2014, I accessed the website www.aquatica.com.  Attached hereto as **Exhibit D** are true and correct copies of screenshots of pages which I printed from the website.

6.    Attached hereto as **Exhibit E** are true correct copies of excerpts from the *Webster's New Explorer Spanish-English Dictionary* and *Velazquez Spanish and English Dictionary*, which reflect that "acuatica" is the Spanish word for "aquatic."

7.    Attached hereto as **Exhibit F** is a true and correct copy of an Office Action from the USPTO in connection with Spiraledge's application for the AQUATICA mark.  I obtained a copy of this Office Action from the USPTO's website on June 4, 2014.

8.    On June 4, 2014, I accessed the website of the United States Census Bureau at www.census.gov.  Attached hereto as **Exhibit G**, is a true and correct copy of Table 1 from a report entitled *Language Use In The United States: 2011*, which I printed from the website, and which can be found at www.census.gov/prod/2013pubs/acs-22.pdf.

9.    On June 4, 2014, I accessed Spiraledge's websites at www.yogaoutlet.com and www.runoutlet.com.  Attached hereto as **Exhibit H** are true and correct copies of screenshots from the homepages of those websites.

10.    Attached hereto as **Exhibit I** are true correct copies of excerpts from the *Pocket Oxford Latin Dictionary* and *Cassell's Latin Dictionary* which reflect that "aquatica" is the Latin word for "aquatic."

11.    Attached hereto as **Exhibit J** are a true and correct copies of excerpts from the Trademark Manual Of Examining Procedure ("TMEP").  I obtained these excerpts from the USPTO's website on June 4, 2014.  The TMEP can be found online at:

http://tmep.uspto.gov/RDMS/detail/manual/TMEP/current/d1e2.xml#/manual/TMEP/current/TMEP-1200d1e1.xml.

12.    On May 23, 2014, I accessed the website www.wikipedia.com.  Attached hereto as **Exhibit K** are true and correct copies of screenshots from the website which I printed that reflect various plant and insect species bearing the name "Aquatica."

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

13.   On May 23, 2014, I accessed the online version of the Merriam Website Dictionary at www.merriam-webster.com/dictionary.  Attached hereto as **Exhibit L** are true and correct copies of screenshots of pages that I printed out from the dictionary which reflect definitions that include the word "aquatica."

14.   On May 23, 2014, I conducted a search on Google for the word "aquatica." Through that search I accessed the websites of various companies that use the word "Aquatica" as part of the company name and/or products.   Attached hereto as **Exhibit M** are true and correct copies of printouts of screenshots from each of those websites, each of which reflect the URL for the website that I accessed.

15.   Attached hereto as **Exhibit N** is a true and correct copy of an Office Action from the USPTO issued in connection with Sea World Parks & Entertainment, Inc.'s application for the mark "Aquatica SeaWorld's Waterpark."  I obtained a copy of this Office Action from the USPTO's website on May 30, 2014.

16.   Attached hereto as **Exhibit O** are true and correct copies of records from the USPTO reflecting various trademark registrations for the word "aquatica" in different classes for use in connection with various aquatic-related products and services.  I obtained copies of these records from the USPTO's website on May 23, 2014.

17.   On June 4, 2014, I accessed the website at articles.sun-sentinel.com. Attached hereto as **Exhibit P** is a true and correct copy of an article I obtained from that website, which reflects the estimated overall size of the United States performance swimwear market.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1    Executed June 9, 2014, at Santa Monica, California.

2

3

Gregory S. Gabriel

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

[PTO Form 1478 (Rev 6/2005)]
[OMB No. 0651-0009 (Exp. 02/27/2005)]

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78563172
## Filing Date: 02/08/2005

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | AQUATICA |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | AQUATICA |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Club Swim, Inc. |
| STREET | 4256 Hacienda Drive, Suite 101 |
| CITY | Pleasanton |
| STATE | California |
| ZIP/POSTAL CODE | 94588 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Nevada |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | Providing on-line interactive directory services and information relating to water- |

| | |
|---|---|
| DESCRIPTION | related activities; on-line wholesale and retail store services featuring swimwear, clothing, accessories and related goods; |
| FILING BASIS | Section 1(b) |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /Avi Benaroya/ |
| SIGNATORY NAME | Avi Benaroya |
| SIGNATORY DATE | 02/08/2005 |
| SIGNATORY POSITION | CEO |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |

## ATTORNEY

| | |
|---|---|
| NAME | Kathleen A. Skinner |
| FIRM NAME | Beeson Skinner Beverly, LLP |
| STREET | One Kaiser Plaza, Suite 750 |
| CITY | Oakland |
| STATE | California |
| ZIP/POSTAL CODE | 94612 |
| COUNTRY | United States |
| PHONE | 510-832-8700 |
| FAX | 510-836-2595 |
| EMAIL | bsb@bsbllp.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | K3041-201 |
| OTHER APPOINTED ATTORNEY(S) | Donald L. Beeson and Brian Beverly |

## CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | Kathleen A. Skinner |
| FIRM NAME | Beeson Skinner Beverly, LLP |

| STREET | One Kaiser Plaza, Suite 750 |
|---|---|
| CITY | Oakland |
| STATE | California |
| ZIP/POSTAL CODE | 94612 |
| COUNTRY | United States |
| PHONE | 510-832-8700 |
| FAX | 510-836-2595 |
| EMAIL | bsb@bsbllp.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Feb 08 19:05:37 EST 2005 |
| TEAS STAMP | USPTO/BAS-64814815-200502 08190537390753-78563172-2 007e9387b685d5d128d9fa2f6 df2f06321-CC-632-20050208 132555041139 |

PTO Form 1478 (Rev 9/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78563172
### Filing Date: 02/08/2005

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of AQUATICA.

The applicant, Club Swim, Inc., a corporation of Nevada, residing at 4256 Hacienda Drive, Suite 101, Pleasanton, California, United States, 94588, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 035: Providing on-line interactive directory services and information relating to water-related activities; on-line wholesale and retail store services featuring swimwear, clothing, accessories and related goods;

The applicant hereby appoints Kathleen A. Skinner and Donald L. Beeson and Brian Beverly of Beeson Skinner Beverly, LLP , One Kaiser Plaza, Suite 750 , Oakland, California, United States, 94612 to submit this application on behalf of the applicant. The attorney docket/reference number is K3041-201.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: bsb@bsbllp.com.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right

to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Avi Benaroya/   Date: 02/08/2005
Signatory's Name: Avi Benaroya
Signatory's Position: CEO


Mailing Address:
    Kathleen A. Skinner
    One Kaiser Plaza, Suite 750
    Oakland, California 94612

RAM Sale Number: 632
RAM Accounting Date: 02/09/2005

Serial Number: 78563172
Internet Transmission Date: Tue Feb 08 19:05:37 EST 2005
TEAS Stamp: USPTO/BAS-64814815-20050208190537390753-
78563172-2007e9387b685d5d128d9fa2f6df2f0
6321-CC-632-20050208132555041139

# AQUATICA

PTO Form 1583 (Rev 9/2006)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78563172 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 102 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | AQUATICA |
| **OWNER SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 035 |
| **CURRENT IDENTIFICATION** | On-line retail store and wholesale store services featuring swimwear, clothing, and accessories; on-line directories featuring information relating to water-related activities |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 09/25/2008 |
| **FIRST USE IN COMMERCE DATE** | 09/25/2008 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL** | |

| PDF FILE | SPN0-64814815-194123695_._Aquatica_web-page.pdf |
|---|---|
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT6\IMAGEOUT6\785\631\78563172\xml2\SOU0002.JPG |
| SPECIMEN DESCRIPTION | web page showing use of the mark |
| REQUEST TO DIVIDE | NO |

## PAYMENT SECTION

| NUMBER OF CLASSES IN USE | 1 |
|---|---|
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |

## SIGNATURE SECTION

| DECLARATION SIGNATURE | /Avi Benaroya/ |
|---|---|
| SIGNATORY'S NAME | Avi Benaroya |
| SIGNATORY'S POSITION | CEO |
| DATE SIGNED | 02/26/2009 |

## FILING INFORMATION

| SUBMIT DATE | Thu Feb 26 13:36:57 EST 2009 |
|---|---|
| TEAS STAMP | USPTO/SOU-64.81.48.15-200 90226133657840422-7856317 2-440763bd7ff0ab8d54457ea 73f2e7256b-CC-10469-20090 225194123695030 |

PTO Form 1553 (Rev 9/2006)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** AQUATICA
**SERIAL NUMBER:** 78563172

The applicant, Club Swim, Inc., having an address of
    39630 Eureka Drive
    Newark, California 94560
    United States
is submitting the following allegation of use information:

For International Class 035:
Current identification: On-line retail store and wholesale store services featuring swimwear, clothing, and
accessories; on-line directories featuring information relating to water-related activities

The mark is in use in commerce on or in connection with all goods or services listed in the application or
Notice of Allowance or as subsequently modified for this specific class

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in
interest at least as early as 09/25/2008, and first used in commerce at least as early as 09/25/2008, and is
now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as
used in commerce on or in connection with any item in the class, consisting of a(n) web page showing use
of the mark.

**Original PDF file:**
SPN0-64814815-194123695_._Aquatica_web-page.pdf
**Converted PDF file(s)** (1 page)
Specimen File-1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the
allegation of use for 1 class.

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent
and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section
1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the
mark in commerce on or in connection with the goods/services identified above, as evidenced by the

attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Avi Benaroya/      Date Signed: 02/26/2009
Signatory's Name: Avi Benaroya
Signatory's Position: CEO

RAM Sale Number: 10469
RAM Accounting Date: 02/26/2009

Serial Number: 78563172
Internet Transmission Date: Thu Feb 26 13:36:57 EST 2009
TEAS Stamp: USPTO/SOU-64.81.48.15-200902261336578404
22-78563172-440763bd7ff0ab8d54457ea73f2e
7256b-CC-10469-20090225194123695030

Aquatica ™ (Official Site)



http://www.aquatica.com/[2/25/2009 4:40:36 PM]

**FEE RECORD SHEET**

Serial Number:   78563172

RAM Sale Number:  10469

Total Fees:      $100

RAM Accounting Date:  20090226

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20090226 | $100 | 1 | $100 |

Transaction Date:   20090226



Exhibit C Page 17



INTERNET ARCHIVE
WayBackMachine



http://www.aquatica.com/SearchResults.asp?Cat=3    Go    SEP **OCT** DEC    Close ✖

12 captures    ◄ **2** ►    Help ?
2 Oct 08 - 25 Jun 13    2007 **2008** 2010

**aquatica**™    men    women    goggles & accessories    wholesale inquiries    places to swim    contact

my account    view cart    search    go



# men's swimwear

You are here: Home > Men's

**Aquatica Solid Brief**
Price: $13.00

**Aquatica Compression Jammer**
Price: $19.00

**Aquatica Swim Cargo Trunk (coming soon)**
Price: $22.00

**Aquatica Swim Trunk (coming soon)**
Price: $20.00

enter email for updates:    submit    home    men    women    goggles & accessories    privacy policy    terms of use    contact    about aquatica

Copyright © 2014 Aquatica. All Rights Reserved

Exhibit C Page 18



Exhibit C Page 19





INTERNET ARCHIVE
WayBackMachine

http://www.aquatica.com/SearchResults.asp?Cat=2    [Go]

12 captures
2 Oct 08 - 25 Jun 13

SEP **OCT** DEC
◀ **2** ▶
2007 **2008** 2010

Close ✖

Help ?

my account   view cart   [search]   [go]

# aquatica™

men    women    goggles & accessories    wholesale inquiries    places to swim    contact

## gear and accessories

**You are here: Home > Accessories**











**Aquatica Water Shoes
with Strap**
**Price: $15.00**

**Aquatica Solid Silicone
Swim Cap (coming soon)**
**Price: $4.00**

**Aquatica AquaLead
Performance Goggles
(coming soon)**
**Price: $10.00**

**Aquatica AquaLead Kids
Goggles (coming soon)**
**Price: $7.00**

**Aquatica Sports Towel
(coming soon)**
**Price: $7.00**

[enter email for updates]    [submit]    home    men    women    goggles & accessories    privacy policy    terms of use    contact    about aquatica

Copyright © 2014 Aquatica. All Rights Reserved.

Exhibit C Page 20

*aquatica*™

my account   view cart   **(888) 471-3626**   Search   go

men    women    goggles & accessories    wholesale inquiries    places to swim    contact



introducing a new swimwear brand for the modern age

durable lycra & simple cuts. all at affordable prices.



shop men's          shop women's          shop accessories

long lasting lycra & polyester          our cuts are designed to fit like a second skin          simple and stylish design is our hallmark

learn more about aquatica ➔

enter email for updates    submit    home    men    women    goggles & accessories    sizing chart    privacy policy    terms of use    contact    about aquatica

Copyright © 2014 Aquatica. All Rights Reserved.













about

Aquatica is a new aquatic brand focused on delivering to you superior water related goods and services. Our swimwear is made of long lasting lycra, is fast-drying, and simple with stylish designs. Our swim gear and accessories are made of the highest quality without sacrificing style and comfort. Similarly, Aquatica is committed to providing you with relevant information to enhance your swimming experience. Our directory of locations provides a full-service approach to your interest while in the water. Look forward to our release of a full and diverse range of products that focus on innovation, quality and style.

## NEW EDITION

# WEBSTER'S
# New Explorer
# Spanish-English
# Dictionary

## Diccionario Español-Inglés

More than 80,000 entries and 100,000 translations

Features Latin-American Spanish and American English

*Pone énfasis en el español latinoamericano*

Created in Cooperation with the Editors of

**Merriam-Webster**

Copyright © 2006 by Merriam-Webster, Incorporated

Federal Street Press and New Explorer are trademarks of
Federal Street Press, a division of Merriam-Webster, Incorporated.

All rights reserved. No part of this book covered by the copyrights
hereon may be reproduced or copied in any form or by any means—
graphic, electronic, or mechanical, including photocopying, taping, or
information storage and retrieval systems—without written
permission of the publisher.

This edition published by
Federal Street Press
A division of Merriam-Webster, Incorporated
P.O. Box 281
Springfield, MA 01102

Federal Street Press books are available for bulk purchase
for sales promotion and premium use.
For details write the manager of special sales,
Federal Street Press, P.O. Box 281, Springfield, MA 01102

ISBN 13   978-1-59695-053-5

9th printing RR Donnelley, Harrisonburg VA 2/2013

Printed in the United States of America

**acto · adepto**

8

**acto** *nm* 1 ACCIÓN : act, deed 2 : act (in a play) 3 **el acto sexual** : sexual intercourse 4 **en el acto** : right away, on the spot 2 **acto seguido** : immediately after

**actor** *nm* ARTISTA : actor

**actriz** *nf, pl* **actrices** ARTISTA : actress

**actuación** *nf, pl* **-ciones** 1 : performance 2 **actuaciones** *nfpl* DILIGENCIAS : proceedings

**actual** *adj* PRESENTE : present, current

**actualidad** *nf* 1 : present time ⟨en la actualidad : at present⟩ 2 **actualidades** *nfpl* : current affairs

**actualización** *nf, pl* **-ciones** : updating, modernization

**actualizar** {21} *vt* : to modernize, to bring up to date

**actualmente** *adv* : at present, nowadays

**actuar** {3} *vi* : to act, to perform

**actuarial** *adj* : actuarial

**actuario, -ria** *n* : actuary

**acuarela** *nf* : watercolor

**acuario** *nm* : aquarium

**Acuario** *nmf* : Aquarius, Aquarian

**acuartelar** *vt* : to quarter (troops)

**acuático, -ca** *adj* : aquatic, water

**acuchillar** *vt* APUÑALAR : to knife, to stab

**acuciante** *adj* : pressing, urgent

**acucioso, -sa** → **acuciante**

**acudir** *vi* 1 : to go, to come (someplace for a specific purpose) ⟨acudió a la puerta : he went to the door⟩ ⟨acudimos en su ayuda : we came to her aid⟩ 2 : to be present, to show up ⟨acudí a la cita : I showed up for the appointment⟩ 3 ~ **a** : to turn to, to have recourse to ⟨hay que acudir al médico : you must consult the doctor⟩

**acueducto** *nm* : aqueduct

**acuerdo** *nm* 1 : agreement 2 **estar de acuerdo** : to agree 3 **de acuerdo con** : in accordance with 4 **de** ~ : OK, all right

**acuicultura** *nf* : aquaculture

**acullá** *adv* : yonder, over there

**acumulación** *nf, pl* **-ciones** : accumulation

**acumulador** *nm* : storage battery

**acumular** *vt* : to accumulate, to amass — **acumularse** *vr* : to build up, to pile up

**acumulativo, -va** *adj* : cumulative — **acumulativamente** *adv*

**acunar** *vt* : to rock, to cradle

**acuñar** *vt* : to coin, to mint

**acuoso, -sa** *adj* : aqueous, watery

**acupuntura** *nf* : acupuncture

**acurrucarse** {72} *vr* : to cuddle, to nestle, to curl up

**acusación** *nf, pl* **-ciones** 1 : accusation, charge 2 **la acusación** : the prosecution

**acusado¹, -da** *adj* : prominent, marked

**acusado², -da** *n* : defendant

**acusador, -dora** *n* : accuser 2 FISCAL : prosecutor

**acusar** *vt* 1 : to accuse, to charge 2 : reveal, to betray ⟨sus ojos acusaban desconfianza : his eyes revealed distrust⟩ — **acusarse** *vr* : to confess

**acusatorio, -ria** *adj* : accusatory

**acuse** *nm* **acuse de recibo** : acknowledgment of receipt

**acústica** *nf* : acoustics

**acústico, -ca** *adj* : acoustic

**adagio** *nm* 1 REFRÁN : adage, proverb 2 : adagio

**adalid** *nm* : leader, champion

**adaptable** *adj* : adaptable — **adaptabilidad** *nf*

**adaptación** *nf, pl* **-ciones** : adaptation, adjustment

**adaptado, -da** *adj* : suited, adapted

**adaptador** *nm* : adapter (in electricity)

**adaptar** *vt* 1 MODIFICAR : to adapt 2 : to adjust, to fit — **adaptarse** *vr* : to adapt oneself, to conform

**adecentar** *vt* : to tidy up

**adecuación** *nf, pl* **-ciones** ADAPTACIÓN : adaptation

**adecuadamente** *adv* : adequately

**adecuado, -da** *adj* 1 IDÓNEO : suitable, appropriate 2 : adequate

**adecuar** {8} *vt* : to adapt, to make suitable — **adecuarse** *vr* ~ **a** : to be appropriate for, to fit in with

**adefesio** *nm* : eyesore, monstrosity

**adelantado, -da** *adj* 1 : advanced, ahead 2 : fast (of a clock or watch) 3 **por** ~ : in advance

**adelantamiento** *nm* 1 : advancement 2 : speeding up

**adelantar** *vt* 1 : to advance, to move forward 2 : to overtake, to pass 3 : to reveal (information) in advance 4 : to advance, to lend (money) — **adelantarse** *vr* 1 : to advance, to get in front 2 ~ **a** : to forestall, to preempt

**adelante** *adv* 1 : ahead, in front, forward 2 **más adelante** : further on, later on 3 **¡adelante!** : come in!

**adelanto** *nm* 1 : advance, progress 2 : advance payment 3 : earliness ⟨llevamos una hora de adelanto : we're running an hour ahead of time⟩

**adelfa** *nf* : oleander

**adelgazar** {21} *vt* : to thin, to reduce — *vi* : to lose weight

**ademán** *nm, pl* **-manes** 1 GESTO : gesture 2 **ademanes** *nmpl* : manners

**además** *adv* 1 : besides, furthermore 2 ~ **de** : in addition to, as well as

**adenoides** *nfpl* : adenoids

**adentrarse** *vr* ~ **en** : to go into, to penetrate

**adentro** *adv* : inside, within

**adentros** *nmpl* **decirse para sus adentros** : to say to oneself ⟨me dije para mis adentros que nunca regresaría : I told myself that I'd never go back⟩

**adepto¹, -ta** *adj* : supportive ⟨ser adepto a : to be a follower of⟩

**adepto², -ta** *n* PARTIDARIO : follower, supporter

*Over 75,000 entries and 110,000 translations*

# *Velázquez*

# SPANISH

## AND

# ENGLISH

## DICTIONARY

### Pocket Edition

SPANISH-ENGLISH · ENGLISH-SPANISH

**THE PREEMINENT AUTHORITY IN
SPANISH AND ENGLISH DICTIONARIES
FOR OVER 150 YEARS**

*VELÁZQUEZ PRESS*

Copyright © 2012 VELÁZQUEZ PRESS, A Division of Academic Learning
Company, LLC All rights reserved. No part of this book may be used or repro
duced in any manner whatsoever without prior written permission from the
publisher except in the case of brief quotations presented in critical reviews
and articles. All inquiries should be addressed to
Velázquez Press: 9682 Telstar Ave. Ste. 110, El Monte, CA 91731 U.S.A.
www.VelazquezPress.com
www.AskVelazquez.com

Cover Designed by Gary Baltazar, Jr., 2006

Printed in the United States of America

## acopiar

storing.

**acopiar** (ä·ko·pyär´) va. to gather, to store up.

**acoplado, da** (ä·ko·plä´tho, thä) adj. coupled; fitted; —, m. trailer (vehicle).

**acoplamiento** (ä·ko·plä·myen´to) m. coupling, connection; (auto.) clutch.

**acoplar** (ä·ko·plär´) va. to couple, to adjust, to fit.

**acorazado, da** (ä·ko·rä·sä´tho, thä) adj. iron-clad; —, m. battleship.

**acorazonado, da** (ä·ko·rä·so·nä´tho, thä) adj. heart-shaped.

**acorde** (ä·kor´the) adj. conformable, in agreement; —, m. accord; (mus.) chord.

**acordeón** (ä·kor·the·on´) m. accordion.

**acordonar** (ä·kor·tho·när´) va. (mil.) to form a cordon around; to lace, put laces on.

**acorralar** (ä·ko·rrä·lär´) va. to corral (encerrar); to intimidate (acobardar).

**acortar** (ä·kor·tär´) va. to abridge, to shorten; — el paso, to slow down.

**acosar** (ä·ko·sär´) va. to pursue closely (perseguir); to annoy, to harass (molestar).

**acostar\*** (ä·kos·tär´) va. to put to bed; —se, to go to bed, lie down (tenderse); to incline to one side (inclinarse).

**acostumbrado, da** (ä·kos·tüm·brä´tho, thä) adj. customary, accustomed.

**acostumbrar** (ä·kos·tüm·brär´) va. to make accustomed; —, vn. and vr. to be accustomed.

**acre** (ä´kre) adj. acid, sharp, bitter; —, m. acre.

**acrecentar\*** (ä·kre·sen·tär´) or **acrecer\*** (ä·kre·ser´) va. to increase, to augment.

**acreditado, da** (ä·kre·the·tä´tho, thä) adj. accredited, authorized, creditable.

**acreditar** (ä·kre·the·tär´) va. to assure (asegurar); to authorize (autorizar); to credit (abonar); to accredit, to give credit (elogiar); —se, to gain credit, to get a good reputation.

**acreedor, ra** (ä·kre·e·thor´, rä) m. creditor; —, adj. worthy, creditable; **saldo** —, credit balance.

**acribillar** (ä·krē·vē·yär´) va. to perforate (perforar); to annoy (molestar); to torment (atormentar).

**acrílico, ca** (ä·krē´lē·ko, kä) adj. acrylic.

**acrobacia** (ä·kro·vä´syä) f. acrobatics; — **aérea,** stunt flying.

**acróbata** (ä·kro´vä·tä) m. and f. acrobat.

**acta** (äk´tä) f. act; minutes of proceedings; — **de venta,** bill of sale; — **de nacimiento,** birth certificate.

**actitud** (äk·tē·tüth´) f. attitude, look; position, posture (postura).

**activador** (äk·tē·vä·thor´) m. (chem.) activator.

**activar** (äk·tē·vär´) va. to make active (animar); to expedite, to hasten (acelerar); to activate.

**actividad** (äk·tē·vē·thäth´) f. activity (acción); liveliness (animación).

**activo, va** (äk·tē´vo, vä) adj. active, diligent; —, m. (com.) assets.

**acto** (äk´to) m. act, action; function; — **continuo,** immediately; **en el** — **at once,** immediately.

**actor** (äk·tor´) m. actor, player, comedian; plaintiff (demandante).

**actriz** (äk·trēs´) f. actress.

**actuación** (äk·twä·syon´) f. action, performance.

**actual** (äk·twäl´) adj. present, of the present moment.

**actualidad** (äk·twä·lē·thäth´) f. present time; current event (suceso); **en la** —, at present.

**actuar** (äk·twär´) vn. to act, to take action, to proceed.

**acuarela** (ä·kwä·re´lä) f. water coloring, water color.

**acuarelista** (ä·kwä·re·lēs´tä) m. and f. watercolorist.

**acuario** (ä·kwä´ryo) m. aquarium, tank; **Aquarius** (del Zodiaco).

**acuartelar** (ä·kwär·te·lär´) va. (mil.) to quarter troops; (naut.) to furl.

**acuático, ca** (ä·kwä´tē·ko, kä) adj. aquatic.

**acuchillar** (ä·ku·chē·yär´) va. to stab, to knife; —se, to fight with...

ä arm, e they, ē bē, o fore, ü blūe, b bad, ch chip, d day, f fat, g go, h hot, k kid, l let...

| To: | Club Swim, Inc. (bsb@bsbllp.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 78563172 - AQUATICA - K3041-201 |
| **Sent:** | 10/1/2009 1:20:28 PM |
| **Sent As:** | ECOM102@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |
| | Attachment - 28 |
| | Attachment - 29 |
| | Attachment - 30 |
| | Attachment - 31 |
| | Attachment - 32 |
| | Attachment - 33 |
| | Attachment - 34 |



Attachment - 35
Attachment - 36
Attachment - 37
Attachment - 38
Attachment - 39
Attachment - 40
Attachment - 41
Attachment - 42
Attachment - 43
Attachment - 44
Attachment - 45
Attachment - 46
Attachment - 47
Attachment - 48
Attachment - 49
Attachment - 50

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**     78/563172

**MARK**: AQUATICA

**CORRESPONDENT ADDRESS:**
Kathleen A. Skinner
BEESON SKINNER BEVERLY, LLP
1 KAISER PLZ STE 750
OAKLAND CA 94612-3611

# *78563172*

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT:**     Club Swim, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET
NO:**
K3041-201
**CORRESPONDENT E-MAIL ADDRESS:**
bsb@bsbllp.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS
OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 10/1/2009**

**THIS IS A FINAL ACTION.**

*Second Action*

**REFUSAL OF REGISTRATION:  LIKELIHOOD OF CONFUSION-SECTION 2(d)**

For the reasons set forth below, the refusal under Trademark Act Section 2(d) is now made **FINAL** with
respect to U.S. Registration No(s). 2302543.  *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.64(a).

**A.    Similarity of the Marks**

The applicant's mark is AQUATICA.  The registrant's mark is ACUATICA.  The two marks are phonetic
equivalents.

The applicant argues that a one letter difference between two marks can create a different commercial
impression.  The examining attorney agrees with the applicant that a one letter difference in two marks
may create a different commercial impression, however, in this case the difference between the letter "Q"
and the letter "C" does not create a different commercial impression. If the the applicant's mark were
"DAQUATICA" then the examining attorney would not not have cited the registered mark.  The addition
of the letter "D" (a one letter difference) creates a totally different commercial impression.  In the instant
application, the letters "C" and "Q" can have the same sound.  For example, the following words would all
be pronounced as QUICK: QWIK, QUICK, KWIQ, KWIK.

**B.    Similarity of the Goods and Services**

The applicant's services are "on-line retail store and wholesale store services featuring swimwear,
clothing, and accessories." The registrant's goods are "sport shoes, athletic shoes, pants, shirts, Bermuda
shorts, jackets, T-shirt, and sweaters." Clothing stores frequently offer clothing under the same mark as
the name of the store.  The attached excerpt from the applicant's website at www.aquatica.com shows that
the applicant itself offers clothing items under the mark AQUATICA.  In fact, the applicant sells t-shirts
under the mark AQUATICA and the registrant's goods include t-shirts under the mark ACUATICA.
Consumers will be confused as to the source of the goods and services given the overlap in goods and
services and the similarity of the marks.  The attached third party registrations show that on-line retail
clothing store services are offered under the same mark as clothing.

**REFUSAL APPLIES ONLY TO CERTAIN SERVICES**

The stated refusal refers only to "on-line retail store and wholesale store services featuring swimwear,
clothing, and accessories" and does not bar registration of "on-line directories featuring information
relating to water-related activities."

The applicant may:

(1)     Delete the services to which the refusal pertains;

(2)     File an appeal to the Trademark Trial and Appeal Board, with an appeal fee of $100
per class.

37 C.F.R. §§2.6(a)(18), 2.64(a); TBMP ch. 1200; TMEP §714.04

**RESPONSE**

If applicant does not respond within six months of the date of issuance of this final Office action, the following services to which the final refusal(s) and/or requirement(s) apply will be **deleted** from the application by Examiner's Amendment:  On-line retail store and wholesale store services featuring swimwear, clothing, and accessories.

The application will then proceed for the following services:  on-line directories featuring information relating to water-related activities.  15 U.S.C. §1062(b); 37 C.F.R. §2.65(a).

Applicant may respond to this final Office action by:

(1) Submitting a response that fully satisfies all outstanding requirements, if feasible; and/or

(2) Filing an appeal to the Trademark Trial and Appeal Board, with an appeal fee of $100 per class.

37 C.F.R. §§2.6(a)(18), 2.64(a); TBMP ch. 1200; TMEP §714.04.

In certain rare circumstances, a petition to the Director may be filed pursuant to 37 C.F.R. §2.63(b)(2) to review a final Office action that is limited to procedural issues.  37 C.F.R. §2.64(a); TMEP §714.04; *see* 37 C.F.R. §2.146(b), TBMP §1201.05; TMEP §1704 (explaining petitionable matters).  The petition fee is $100.  37 C.F.R. §2.6(a)(15).


/Kim Saito/
Examining Attorney, Law Office 102
571-272-9214


**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail.  For *technical* assistance with the form, please e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned examining attorney. **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the

complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

# Language Use in the United States: 2011

*American Community Survey Reports*

By Camille Ryan
Issued August 2013
ACS-22

## INTRODUCTION

English is the language spoken by most people in the United States. The official language of many states is English[1] and it is the language used in nearly all governmental functions. Despite this predominance, many people in the United States speak languages other than English, and there has long been an interest in these groups and in how well they are able to participate in civic life and interact with the English-speaking majority. Beginning in 1890, the U.S. Census Bureau started inquiring about the languages that people spoke and, with some interruptions in the middle of the twentieth century, similar questions continue to this day.

The primary purpose of the current questions on language use is to measure the portion of the U.S. population that may need help in understanding English. These data are used in a wide variety of legislative, policy, and research applications as well as for legal, financial, and marketing decisions. People who speak a particular language other than English and cannot speak English "very well" can be helped with translation services, education, or assistance in accessing government services. The federal government uses data on language use and English-speaking ability to determine which local areas must provide language-assistance services under the Voting Rights Act. These data are also used to allocate educational funds to states to help their schools teach students with lower levels of English proficiency. In 2000,

[1] Schildkraut, Deborah, 2001, "Official-English and the States: Influences on Declaring English the Official Language in the United States," *Political Research Quarterly*, Vol. 54, No. 2: pp. 445–457.

Figure 1.
### Reproduction of the Questions on Language From the 2011 American Community Survey

**14 a. Does this person speak a language other than English at home?**
- ☐ Yes
- ☐ No → *SKIP to question 15a*

**b. What is this language?**

_____

*For example: Korean, Italian, Spanish, Vietnamese*

**c. How well does this person speak English?**
- ☐ Very well
- ☐ Well
- ☐ Not well
- ☐ Not at all

Source: U.S. Census Bureau, 2011 American Community Survey.

President Clinton signed an executive order requiring federal agencies to identify the need for services to those with limited English proficiency (LEP) and to implement a system to provide meaningful access to language-assistance services. Agencies rely on these data to determine how and where to provide language-assistance services.[2] Many other institutions, organizations, local governments, and private enterprises make use of these data in similar ways.

[2] See <www.lep.gov>.

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
*census.gov*



Table 1.

**Detailed Languages Spoken at Home by English-Speaking Ability for the Population 5 Years and Over: 2011**

(For information on confidentiality protection, sampling error, nonsampling error, and definitions, see *www.census.gov/acs/www/*)

| Characteristics | Population 5 years and over (Number) | Spoke a language other than English at home[1] (Percent) | English-speaking ability[2] (Percent) | | | |
|---|---|---|---|---|---|---|
| | | | Spoke English "very well" | Spoke English "well" | Spoke English "not well" | Spoke English "not at all" |
| **Population 5 years and over** . . . . . . . . . . . | 291,524,091 | X | X | X | X | X |
| Spoke only English at home . . . . . . . . . . . . . . . . | 230,947,071 | X | X | X | X | X |
| **Spoke a language other than English at home. . .** | 60,577,020 | 100.0 | 58.2 | 19.4 | 15.4 | 7.0 |
| Spanish or Spanish Creole . . . . . . . . . . . . . . . . | 37,579,787 | 62.0 | 56.3 | 17.8 | 16.9 | 9.0 |
| Other Indo-European languages: | | | | | | |
| French . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,301,443 | 2.1 | 79.6 | 13.9 | 5.9 | 0.6 |
| French Creole. . . . . . . . . . . . . . . . . . . . . . . . . | 753,990 | 1.2 | 56.8 | 23.8 | 15.2 | 4.3 |
| Italian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 723,632 | 1.2 | 73.5 | 17.1 | 8.6 | 0.8 |
| Portuguese. . . . . . . . . . . . . . . . . . . . . . . . . . . | 673,566 | 1.1 | 61.8 | 20.8 | 13.5 | 3.9 |
| German . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,083,637 | 1.8 | 82.9 | 13.1 | 3.6 | 0.3 |
| Yiddish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 160,968 | 0.3 | 68.4 | 17.7 | 10.2 | 3.7 |
| Other West Germanic languages . . . . . . . . . . . | 290,461 | 0.5 | 77.6 | 17.9 | 3.7 | 0.8 |
| Scandinavian languages . . . . . . . . . . . . . . . . . | 135,025 | 0.2 | 90.6 | 7.7 | 1.6 | 0.1 |
| Greek . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 304,928 | 0.5 | 75.3 | 15.5 | 7.8 | 1.4 |
| Russian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 905,843 | 1.5 | 52.3 | 25.6 | 16.8 | 5.3 |
| Polish . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 607,531 | 1.0 | 60.0 | 23.4 | 13.8 | 2.8 |
| Serbo-Croatian. . . . . . . . . . . . . . . . . . . . . . . . | 269,624 | 0.4 | 61.7 | 21.9 | 13.6 | 2.9 |
| Other Slavic languages . . . . . . . . . . . . . . . . . . | 336,062 | 0.6 | 62.1 | 22.8 | 11.9 | 3.3 |
| Armenian . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 246,915 | 0.4 | 53.8 | 22.2 | 16.5 | 7.6 |
| Persian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 407,586 | 0.7 | 62.7 | 21.9 | 12.0 | 3.4 |
| Gujarati. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 358,422 | 0.6 | 63.8 | 20.2 | 12.2 | 3.8 |
| Hindi. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 648,983 | 1.1 | 77.0 | 16.3 | 5.3 | 1.4 |
| Urdu . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 373,851 | 0.6 | 70.0 | 19.3 | 9.2 | 1.5 |
| Other Indic languages . . . . . . . . . . . . . . . . . . | 815,345 | 1.3 | 60.6 | 23.7 | 10.9 | 4.9 |
| Other Indo-European languages . . . . . . . . . . . | 449,600 | 0.7 | 65.1 | 21.5 | 9.9 | 3.4 |
| Asian and Pacific Island languages: | | | | | | |
| Chinese . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,882,497 | 4.8 | 44.3 | 26.1 | 19.9 | 9.7 |
| Japanese . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 436,110 | 0.7 | 57.5 | 27.4 | 13.9 | 1.2 |
| Korean . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,141,277 | 1.9 | 44.5 | 27.0 | 24.4 | 4.0 |
| Mon-Khmer, Cambodian . . . . . . . . . . . . . . . . | 212,505 | 0.4 | 47.1 | 23.4 | 22.9 | 6.6 |
| Hmong . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 211,227 | 0.3 | 56.7 | 22.2 | 14.9 | 6.2 |
| Thai. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 163,251 | 0.3 | 43.4 | 34.8 | 18.9 | 2.8 |
| Laotian . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 140,866 | 0.2 | 50.9 | 22.1 | 22.7 | 4.3 |
| Vietnamese. . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,419,539 | 2.3 | 39.8 | 27.1 | 25.8 | 7.3 |
| Other Asian languages. . . . . . . . . . . . . . . . . . . | 855,303 | 1.4 | 69.3 | 19.6 | 8.4 | 2.7 |
| Tagalog. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,594,413 | 2.6 | 67.2 | 25.6 | 6.7 | 0.5 |
| Other Pacific Island languages. . . . . . . . . . . . . | 428,476 | 0.7 | 61.6 | 25.7 | 11.7 | 1.1 |
| Other languages: | | | | | | |
| Navajo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 169,369 | 0.3 | 78.8 | 14.2 | 4.8 | 2.2 |
| Other Native American languages . . . . . . . . . . | 195,407 | 0.3 | 85.4 | 11.4 | 2.9 | 0.3 |
| Hungarian. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 93,102 | 0.2 | 71.0 | 21.1 | 7.3 | 0.7 |
| Arabic. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 951,699 | 1.6 | 63.3 | 21.7 | 11.9 | 3.1 |
| Hebrew . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 216,343 | 0.4 | 84.7 | 11.9 | 2.9 | 0.5 |
| African languages. . . . . . . . . . . . . . . . . . . . . . | 884,660 | 1.5 | 68.1 | 21.1 | 8.6 | 2.1 |
| All other languages. . . . . . . . . . . . . . . . . . . . . | 153,777 | 0.3 | 56.3 | 19.7 | 14.8 | 9.3 |

X Not applicable.

[1] The percentage in this column is calculated as the number of speakers of the specific language divided by the total number of those who spoke a language other than English at home (60,577,020).

[2] The percentages for these columns are calculated as the number of those who spoke English "very well," "well," "not well," or "not at all" for a particular language divided by the total number of those who spoke that language.

Note: Margins of error for all estimates can be found in the Appendix Table 1 <www.census.gov/hhes/socdemo/language/data/acs/Table1.xls>. For more information on the ACS, see <www.census.gov/acs/www/>.

Source: U.S. Census Bureau, 2011 American Community Survey.

Exhibit G Page 40



Wednesday, June 04, 2014 3:57:22 PM - YogaOutlet.com - Yoga Clothes, Mats, Gear & More!

Exhibit H Page 41



Wednesday, June 04, 2014 3:59:30 PM - YogaOutlet.com - Yoga Clothes, Mats, Gear & More!

Exhibit H Page 42



**customer service**

Customer Service Center
Sizing Charts
Guides & Expert Advice
Returns
Shipping
Contact Us
Live Chat

**more stuff**

What's New
Shop by Brand
Subscribe to our Emails
Gift Cards
Why Shop at YogaOutlet?

**about us**

Company Information
Jobs
Customer Testimonials

**partners**

Affiliate Program

**policies**

Privacy Policy
Terms of Use

STELLA
EXCELLENT

**stay connected**

BLOG

Receive exclusive offers by email

Enter Email Address

© 2014 YogaOutlet.com. All Rights Reserved.



Wednesday, June 04, 2014 3:59:59 PM - YogaOutlet.com - Yoga Clothes, Mats, Gear & More!

Exhibit H Page 43



**SHOP OUR TOP CATEGORIES**

| Men's Shoes | Women's Shoes | Clothes | Gear | More... | |
|---|---|---|---|---|---|
| Road Running Shoes | Road Running Shoes | Men's Clothing | Hydration | Heart Rate Monitors | Men's Socks |
| Racing Shoes | Racing Shoes | Women's Clothing | Safety & Reflective Gear | GPS Watches | Women's Socks |
| Minimalist Running Shoes | Minimalist Running Shoes | Compression | Running Belts & Pouches | Running Watches | Nutrition |
| Barefoot Running Shoes | Barefoot Running Shoes | Shorts | Running Bags & Packs | Sunglasses | Injury Treatment & Prevention |
| View All » | View All » | View All » | View All » | | |

Wednesday, June 04, 2014 4:33:01 PM - RunOutlet.com - Shoes, Clothes, & Gear - The Web's Running Shop!

Exhibit H Page 44

**FEATURED BRANDS**

       

       



View All

   



**SIGN UP FOR SPECIAL OFFERS**
Receive exclusive offers by email

Enter Email Address        ›

 **CONTACT US FOR EXPERT ADVICE**
24 Hours a Day • 7 Days a Week

**Phone:** 1-877-277-2325
**Email:** Fill out Form

 **CUSTOMER SERVICE CENTER**    LIVE CHAT    @ **EMAIL US**    **HAVE A SUGGESTION?**

**Customer Service**
Customer Service Center
Sizing Charts
Returns
Shipping
Contact Us
Live Chat

**More Stuff**
What's New
Shop by Brand
Subscribe to our Emails
Team Sales / Customization
Gift Cards
Why Shop at RunOutlet?

**About Us**
Company Information
Jobs
Customer Testimonials

**Policies**
Privacy Policy
Terms of Use

 STELLA EXCELLENT



**Stay Connected**


 Google Trusted Store



# Cassell's
# Latin
# Dictionary

# Latin-
# English
# English-
# Latin

Exhibit I Page 46

# CASSELL'S
# LATIN DICTIONARY

LATIN-ENGLISH    ENGLISH-LATIN

BY

## D. P. SIMPSON, M.A.

*Assistant Master*
*and formerly Head of the Classical Department*
*at Eton College*



WILEY

Wiley Publishing, Inc.

Exhibit I Page 47



Copyright © 1968 by Wiley Publishing, Inc., Hoboken, NJ

Published by Wiley Publishing, Inc., Hoboken, NJ

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-750-4470, or on the web at www.copyright.com. You can contact the Publisher directly for permission by email at permreq@wiley.com or on the web at www.wiley.com/about/permission.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or to obtain technical support please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

*Library of Congress Cataloging-in-Publication Data:*

Main entry under title:
Cassell's Latin dictionary.
Fifth ed. published in 1968 under title:
Cassell's new Latin dictionary.
1. Latin language—Dictionaries—English.
2. English language—Dictionaries—Latin.
I. Simpson, Donald Penistan.  II. Title: Cassell's
PA2365.E5C3   1977      433'.21      77-7670
ISBN 978-0-02-522580-0 thumb-indexed

Manufactured in the United States of America

30

Exhibit I Page 48

# ADVICE TO THE USER

## Latin-English Section

VOCABULARY. This section contains articles on most of the words used by 'classical' authors from about 200 B.C. to A.D. 100. A number of proper names have also been included, especially those that figure prominently in Roman history and Roman writings.

ORDER OF WORDS. Alphabetical order has been followed in the main, but where two Latin words are very closely connected one article has been placed below the other, at the cost of taking a word out of its ordinary turn. Thus adverbs appear under the adjective from which they are derived, and participles (if their use as adjectives needs description) under the parent verb; in the same way proper names that are related together have been arranged in a group. But wherever this system has involved a wide departure from alphabetical order, cross-references have been inserted. Small figures have been prefixed to words which are different but spelt alike, such as [1]*bēta* (=beet) and [2]*bēta* (=β).

SPELLING OF LATIN WORDS. The aim has been to follow the general tendencies shown by modern editors of Latin texts. Thus the 'unassimilated' forms of compound words are often preferred to the assimilated, for example—*adsiduus* to *assiduus*; here again the cross-references should prevent mystification. I, i replaces J, j throughout, but V, v is retained.

DECLENSION, CONJUGATION, ETC. The Latin word printed in bold type at the head of an article is followed, first, by any alternative form in which it may be found (e.g. *caussa*, as alternative to *causa*). Next come, if the word is a noun, its genitive and gender and further details of its declension if not regular; if the word is an adjective, the feminine and neuter forms of the nominative singular, or else its genitive, singular; if the word is a verb, either its present infinitive active or whatever else the user will need in order to be sure of the conjugation. There follows, for many words, a simple indication of origin, enclosed in brackets; in such notices an oblique stroke is often used to distinguish between separate elements in the derivation; for instance *aliunde* is shown to have come from *alius* and *unde* by means of the etymological note '(alius/unde)'.

QUANTITY. The natural length of vowels has been indicated by means of the usual symbols (˘ short, ¯ long) wherever this seemed helpful, and especially at the beginning of an article. But short vowels which are followed by two consonants have generally been left unmarked, because the syllables containing them are liable to be scanned as long. So have many vowels in final syllables, provided that they conform to some regular type of declension or conjugation; for example, *-a* is not marked short in *mensa*, nor *-o* long in *amo*, nor *-e* short at the end of any active infinitive.

STRUCTURE OF ARTICLES. In many of the articles a distinction is drawn between the 'literal' and the 'transferred' uses of a word. The kind of difference meant is that between the uses of the English word 'sea' in the two phrases 'lost at sea' and

viii

Exhibit I Page 49

**aquaeductus**                                                                                   **arator**

phrases: aspergere alicui aquam, *to re-animate*, Pl.; aquam praebere, *to entertain*, Hor.; aqua et ignis, *the necessaries of life*: non aqua, non igni, ut aiunt, locis pluribus utimur quam amicitia, Cic.; aqua et igni interdicere alicui, *to make life impossible for a person in a place*, and so *to banish him*, Cic.; so also: aqua et igni aliquem arcere, Tac.; aquam terramque petere or poscere ab aliquo, *to demand submission from the enemy*, a Persian custom, Liv.; in aqua scribere, *to write in water* (of futile achievement), Cat.

(2) *water* in narrower senses: **a**, *the sea*: ad aquam, *on the sea-coast*, Cic.: **b**, *a lake*: Albanae aquae deductio, Cic.: **c**, *a river*: secunda aqua, *down stream*, Liv.: **d**, *rain*: Hor.: **e**, plur.: aquae, *springs*, Verg.: **f**, plur., *hot medicinal springs*: ad aquas venire, Cic.; hence in proper names: Aquae Sextiae, etc.: **g**, of an aqueduct: aquam ducere non longe e villa, Cic.: **h**, *water in the water-clock*; hence: aquam dare, *to give time*, Plin.; aquam perdere, *to lose time*, Quint.: aqua haeret, *there is a hitch*, Cic.: **i**, *tears*: Prop.

**ăquaedŭctus** -ūs, m. (1) *an aqueduct*: Cic. (2) *the right of conveying water to a place*: Cic.

**ăquālĭcŭlus** -i, m. (dim. of aqualis), *a small water-vessel*; hence, *the belly*: Pers.

**ăquālis** -e (aqua), *watery*. As subst. **ăquālis** is, c. *a wash-bowl*: Pl.

**ăquārĭus** -a -um (aqua), *belonging to water*: provincia, *superintendence of the supply of water*, Cic. M. as subst. **ăquārĭus** -i. (1) *a water-carrier*: Juv. (2) *an inspector of conduits*: Cic. (3) *the constellation so called*, one of the signs of the Zodiac: Hor.

**ăquātĭcus** -a -um (aqua). (1) *living in water, aquatic*: lotos, Ov. (2) *full of water, watery*: auster, *bringing rain*, Ov.

**ăquātĭlis** -e (aqua), *living or growing in the water*: bestiae, Cic.

**ăquātĭo** -ōnis, f. (aquor), *a fetching of water*: Caes. Meton., *a place whence water may be fetched, a watering-place*: Cic.

**ăquātŏr** -ōris, m. (aquor), *a person that fetches water*: Caes.

**ăquĭla** -ae, f. (perhaps fem. of aquilus), *an eagle*.

LIT., Cic., Hor., Verg.; esp. poet. as the bearer of the lightning of Jove.

TRANSF., (1) military t. t., *an eagle as the standard of each Roman legion*: Cic. Meton., *a legion*: Lucr.; *the post of standard-bearer*: Juv. (2) *the Eagle, a constellation*: Cic. (3) architect. t. t. (cf. Gr. ἀετός), *a gable or pediment*: Tac.

**Ăquilēĭa** -ae, f. *a town in north-east Italy* (still so called).

¶ Hence adj. **Ăquilēĭensis** -e, *of Aquileia*.

**ăquĭlĭfĕr** -fĕri (aquila/fero), m. *an eagle- or standard-bearer*: Cic.

**ăquĭlīnus** -a -um (aquila), *relating to an eagle*: Pl.

**Ăquillĭus** -a -um, *name of a Roman gens. Its most celebrated members were* (1) C. Aquilius Gallus, *friend of Cicero, a famous orator and jurist*. (2) Aquilius Regulus, *an informer under the empire*.

¶ Hence adj. **Ăquillĭānus** -a -um, *belonging to Aquilius*.

**ăquĭlo** -ōnis, m. (aquus or aquilus). (1) *the north wind*: Cic. Meton., *the north*: Cic. (2) *Aquilo, as a myth. person, husband of Orithyia, father of Calais and Zetes*.

**Ăquĭlōnĭa** -ae, f. *a town in the country of the Hirpini* (now *Lacedogna*).

**ăquĭlōnĭus** -a -um. (1) *northern*: Cic. (2) *belonging to Aquilo*: proles, Calais and Zetes, Prop.

**ăquĭlus** -a -um, *dark-coloured, blackish*: Pl.

**Ăquīnum** -i, n. *town in Latium* (now *Aquino*). Adj. **Aquīnās** -ātis, *belonging to Aquinum*.

**Ăquītānĭa** -ae, f. *Aquitania, the south-west part of Gaul, between the Loire and the Pyrenees*.

¶ Hence adj. **Aquītānus** -a -um, *Aquitanian*.

**ăquŏr** -ari, dep. (aqua), *to fetch water*: Caes., Sall.

**ăquōsus** -a -um, adj. (with compar. and superl.) (aqua), *full of water, watery*: nubes, Ov.; Eurus, *rain-bringing*, Hor.; mater, Thetis, Ov.

**ăquŭla** -ae, f. (dim. of aqua), *a little water, a small stream*: Pl., Cic.

**āra** -ae, f. *an altar*.

LIT., aram consecrare deo, Cic.; pro aris et focis, *for hearth and home*, Cic.; as a sanctuary: tamquam in aram confugitis, Cic.; as an altar tomb: ara sepulcri, Verg.

TRANSF., (1) *a refuge, protection*: legum, Cic. (2) *a constellation*: Cic. poet. (3) arae, *name of certain rocks at sea*: Verg.

**Ărăbarchēs** -ae, m. (Ἀραβάρχης), *an Egyptian magistrate, a superior tax-collector*: Juv.; used sarcastically of Pompey (who by his conquests increased the tribute paid to Rome): Cic. L.

**Ărăbĭa** -ae, f. (Ἀραβία), *the country of Arabia, in Asia, divided by the ancients into Petraea, Deserta, and Felix*.

¶ Hence adj. **Ărăbĭus** -a -um and **Ărăbĭcus** -a -um, *Arabian*; also adj. and subst. **Ărăbs** -abis and **Ărăbus** -a -um, *Arabian, an Arabian*.

**ărăbĭlis** -e (aro), *that can be ploughed, arable*: Plin.

**Ărachnē** -ēs, f. (Ἀράχνη), *a Lydian maiden who entered into a contest in spinning with Minerva and was turned into a spider*.

**ārānĕa** -ae, f. (ἀράχνη). (1) *a spider*: Ov., Verg. (2) *the spider's web*: Pl., Ov.

**ārānĕŏla** -ae, f. (dim. of aranea), *a little spider*: Cic.

**ārānĕŏlus** -i, m. (dim. of aranea), *a little spider*: Cic.

**ārānĕōsus** -a -um (aranea). (1) *full of cobwebs*: Cat. (2) *like a cobweb*: Plin.

¹**ārānĕus** -i, m. *a spider*: Lucr.

²**ārānĕus** -a -um, *-uing to a spider*: Plin. N. as subst. **ārān** n -i, *a cobweb*: Phaedr.

**Ărăr** and **Ărăris** -i   n. *a river in Gaul, the Saône*.

**ărātĭo** -ōnis, f. (aro) (1) *ploughing, agriculture*: Cic. (2) meton., *a ploughed field*: Pl.; esp. arationes, *the public domains let at a rent of one-tenth of their produce*: Cic.

**ărātiuncŭla** -ae, f. (dim. of aratio), *a little estate*: Pl.

**ărātŏr** -ōris, m. (aro) (1) *a ploughman, a husbandman*: Cic., Ov. (2) aratores, *tenants of the arationes*; q.v.: Cic.

[ 54 ]

Exhibit I Page 50



Pocket

# Oxford

Latin

Dictionary

The world's most trusted dictionaries

Exhibit I Page 51

# OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford.
It furthers the University's objective of excellence in research, scholarship,
and education by publishing worldwide in

Oxford New York

Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in

Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan South Korea Poland Portugal
Singapore Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trade mark of Oxford University Press
in the UK and in certain other countries

Published in the United States
by Oxford University Press Inc., New York

© Oxford University Press 1994, 2005

The moral rights of the author have been asserted

Database right Oxford University Press (maker)

First published in hardback 1994
Paperback edition first published 1995
Revised edition 2005

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press,
or as expressly permitted by law, or under terms agreed with the appropriate
reprographics rights organization. Enquiries concerning reproduction
outside the scope of the above should be sent to the Rights Department,
Oxford University Press, at the address above

You must not circulate this book in any other binding or cover
and you must impose this same condition on any acquirer

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

ISBN 978-0-19-861005-2
ISBN 978-0-19-861070-0 (US edition)

11

Typeset in Nimrod, Arial and Meta
by Alliance Phototypesetters, Pondicherry, India
Printed in Great Britain by
Clays Ltd, St Ives plc

Exhibit I Page 52

x

# Using the Dictionary

**1** In the Latin–English section, if words inflect (i.e. change their endings), they are followed immediately by their inflectional information. Nouns are followed by their gen., adjectives by their nom. sg. endings for the feminine (if different from the masc.) and neuter, verbs by their principal parts (where not predictable).

**2** The remaining forms of words can be predicted from the inflectional information given, and the Summary of Grammar in the centre of this volume provides tables of declension for nouns, adjectives, and pronouns, notes on the formation of adverbs, and tables of conjugation for verbs.

**3** The numerals ①, ②, ③, and ④ after verbs refer to their conjugation (see the Summary of Grammar). In the Latin–English section we also print those principal parts of verbs which cannot be predicted from their conjugation. We assume the following (underlined forms) to be the regular patterns:

[1] parō, <u>par-āre</u>, <u>par-āvī</u>, <u>par-ātum</u>

[2] moneō, <u>mon-ēre</u>, <u>mon-uī</u>, <u>mon-itum</u>

[3] regō, <u>reg-ere</u>, rēxī, rēctum
  [NB we take <u>-itum</u> to be the regular 3rd conjugation supine.]

[4] audiō, <u>aud-īre</u>, <u>aud-īvī</u> *or* <u>aud-iī</u>, <u>aud-ītum</u>

Mixed conjugation verbs are not marked as such, since they are primarily part of the 3rd conjugation, but can be identified as being all (and only) those verbs marked ③ which have a 1 sg. pres. ind. act. in -iō.

**4** Verbs marked *ir.* are given in the Summary of Grammar.

**5** In the English–Latin section, the first gender given in the case of nouns and the first conjugation given in the case of verbs apply to any unmarked words which precede them. For example, in the entry

**aptness**, *n.* convenientia, congruentia;
  (tendency, propensity) proclivitas, *f.*

all the nouns are feminine.

Exhibit I Page 53