## apologus ⋯ aquōsus

15

**apologus**, ī *m* narrative; fable

**apostolicus, a, um** *adj* ⒨ apostolic
■ **apostolicus,** ī *m* pope

**apostolus,** ī *m* ⒨ apostle

**apothēca, ae** *f* store-house, store-room, wine-cellar

**apparātus[1], ūs** *m* preparation; provision; equipment; splendour, pomp

**apparātus[2], a, um** *adj* prepared, ready; splendid, sumptuous

**appāreō** ② *v* appear; be evident; *with dat* attend *or* serve
▫ **appāret** it is clear

**appāritiō, ōnis** *f* service, attendance; servants

**appāritor, ōris** *m* (public) servant; lictor, clerk

**apparō** ① *v* prepare, fit out, provide; attempt

**appellātiō, ōnis** *f* appeal; calling by name; name, title; pronunciation

**appellātor, ōris** *m* appellant

**appellitō** ① *v* call *or* name frequently

**appellō[1]** ① *v* call upon; address; dun; appeal (to); bring into court; accuse; name, entitle, pronounce

**appellō[2], pulī, pulsum** ③ *v* drive to; bring to land; come ashore

**appendix, cis** *f* appendage; supplement

**appendō, ndī, ēnsum** ③ *v* weigh out

**appetēns, ntis** *adj with gen* eager for; avaricious

**appetentia, ae** *f* longing after, appetite

**appetītiō, ōnis** *f* desire; grasping (at)

**appetītus, ūs** *m* desire, appetite

**appetō, īvī/iī, ītum** ③ *v* seek *or* grasp after; assail; strive eagerly after, long for; approach

**appingō** ③ *v* paint upon; add in writing

**applaudō, sī, sum** ③ *v* strike together; clap; applaud

**applicātiō, ōnis** *f* application, inclination

**applicātus, a, um** *adj* situated close (to); devoted (to)

**applicō, cāvī/cuī, cātum/citum** ① *v* join to, place near; apply (to); devote (to); connect

**appōnō, posuī, positum** ③ *v* put *or* lay to; apply to; add to; serve up

**apportō** ① *v* carry, convey, bring to; cause

**appositus, a, um** *adj* adjacent, near; fit, appropriate

**apprehendō, ndī, ēnsum** ③ *v* seize, lay hold of

**approbātiō, ōnis** *f* approbation; proof; decision

**approbō** ① *v* approve; prove; confirm; justify; allow; make good

**approperō** ① *v* hasten, hurry

**appropinquātiō, ōnis** *f* approach, drawing near

**appropinquō** ① *v* approach, draw near

**appugnō** ① *v* attack, assault

**appulsus, ūs** *m* driving to; landing; approach; influence

**aprīcātiō, ōnis** *f* a basking in the sun

**aprīcor** ① *v dep* sun oneself

**aprīcus, a, um** *adj* exposed to the sun; sunny

**Aprīlis, is** *m* April

**aps-** ▸ **abs-**

**aptē** *adv* closely, snugly; fitly, suitably

**aptō** ① *v* fit, apply, put on; adjust; prepare, furnish

**aptus, a, um** *adj* attached to; connected, suitable, adapted; *with ex and abl* dependent (upon)

**apud** *prep with acc* at the house of, at, by, near, with; among; in; before; in the time of; in the works of

**aput** ▸ **apud**

**aqua, ae** *f* water; rain; sea; lake; river

**aquaeductus, ūs** *m* aqueduct

**aquārius, a, um** *adj* relating to water
■ **~, (i)ī** *m* water-carrier; overseer of the public water supply; Water-bearer (as a constellation)

**aquāticus, a, um** *adj* aquatic; watery, rainy

**aquātiō, ōnis** *f* fetching of water

**aquātor, ōris** *m* water-carrier

**aquila, ae** *f* eagle; standard of a Roman legion

**aquilifer, erī** *m* standard-bearer

**aquilō, ōnis** *m* north wind; north

**aquilōnius, a, um** *adj* northern

**aquor** ① *v dep* fetch water

**aquōsus, a, um** *adj* abounding in water, humid, rainy

Exhibit I Page 54

# 1207.01(b)(vi)(B)   When an Ordinary American Purchaser Would "Stop and Translate"

Issues regarding the doctrine of foreign equivalents arise early in examination, that is, at the time of conducting a search for confusingly similar marks. The search of foreign words in an applied-for mark must include a search of their English translation to ensure that all possible conflicting registrations and prior-filed applications have been identified in the event that the doctrine applies. See **TMEP §§809.01-809.03** for information regarding how to ascertain the meaning of non-English wording in a mark and when a translation is required.

After conducting a complete search, an examining attorney must then assess whether a refusal under §2(d) may be warranted. If so, the examining attorney should research the English translation further using available resources, such as dictionaries, the Internet, and LexisNexis®, to ascertain whether there is sufficient evidence to support applying the doctrine.

As discussed below, if the evidence shows that the English translation is "literal and direct," with no contradictory evidence of other relevant meanings or shades of meaning, then the doctrine should be applied, barring unusual circumstances. Further, if in its response to the application of the doctrine applicant argues that the foreign language is rare, obscure, or dead, then the examining attorney will need to provide evidence that the foreign language is a common, modern language.

*English Translations – Literal and Direct*

The Federal Circuit has stated that "[t]he test to be applied to a foreign word vis-a-vis an English word with respect to equivalency is not less stringent than that applicable to two English words." *In re Sarkli, Ltd.*, 721 F.2d 353, 354, 220 USPQ 111, 113 (Fed. Cir. 1983).

Thus, the English translation evidence is a critical factor for the Board and the courts when determining whether to apply the doctrine. If the translation evidence shows that the English translation is unambiguously literal and direct, with no other relevant connotations or variations in meaning, the doctrine has generally been applied, and, therefore, should be applied by the examining attorney. *See In re La Peregrina Ltd.*, 86 USPQ2d 1645, 1648-50 (TTAB 2008) (holding LA PEREGRINA for jewelry, pearls, pearl jewelry, and precious stones, and PILGRIM for jewelry, likely to cause confusion, where dictionary evidence showed that "pilgrim" is an exact translation of "peregrina" and there was no other dictionary evidence to the contrary); *In re Thomas*, 79 USPQ2d 1021, 1024-25 (TTAB 2006) (holding MARCHE NOIR for jewelry, and BLACK MARKET MINERALS for retail jewelry and mineral store services, likely to cause confusion, where the evidence showed "MARCHE NOIR" is the exact French equivalent of the English idiom "Black Market"); *In re Ithaca Indus., Inc.*, 230 USPQ 702, 704 (TTAB 1986) (LUPO for men's and boys' underwear, and WOLF and design for various clothing items, likely to cause confusion, where there was no dispute that "LUPO" is the Italian equivalent of "wolf"); *In re Hub Distrib., Inc.*, 218 USPQ 284, 284-85 (TTAB 1983) (holding EL SOL for clothing, and SUN and design for footwear, likely to cause confusion, where "EL SOL" was determined to be the "direct foreign language equivalent" of the term "sun"); *see also Ex parte Odol-Werke Wien GmbH.*, 111 USPQ 286, 286 (Comm'r Pats. 1956) (finding the French language mark CHAT NOIR and its English language equivalent BLACK CAT confusingly similar because "'CHAT NOIR' undoubtedly means, and is the same as, 'Black Cat' to a substantial segment" of the relevant purchasers).

When determining the appropriate English translation of the foreign wording in the mark, an examining attorney should view the translations in the context of any significant features in the mark, such as design or wording elements, the identified goods and/or services in the application, the relevant marketplace, and the specimen. *See, e.g., In re Perez*, 21 USPQ2d 1075, 1076-77 (TTAB 1991) (holding EL GALLO for fresh vegetables, and ROOSTER for fresh citrus fruit, likely to cause confusion, rejecting applicant's argument that purchasers would ascribe other meanings to "gallo," where "rooster" was the first English translation listed in a Spanish-English language dictionary entry for "gallo," where "gallo" was the only listed Spanish translation in a dictionary entry for "rooster," and where the design of a rooster on the specimen reinforced the translation of "GALLO").

Where the evidence shows that the English translation is not exact, literal, or direct, the doctrine of foreign equivalents has generally not been applied to find the marks confusingly similar. *See Sarkli*, 721 F.2d at 354-55, 220 USPQ at 112-13 (holding REPECHAGE for various skin-care products, and SECOND CHANCE for face creams and

other toiletries, not likely to cause confusion, where the evidence failed to show that the terms were direct foreign equivalents); *see also In re Buckner Enters.*, 6 USPQ2d 1316 (TTAB 1987) (holding DOVE (with design) for stoves and furnaces, and PALOMA for various forms of gas heating apparatus, not likely to cause confusion, because, *inter alia,* the Spanish word "paloma" and the English word "dove" are not exact synonyms in that "paloma" can be translated into either "dove" or "pigeon"). Thus, several translation dictionaries showing variations in the English meaning constitute evidence that the foreign word or term may not have a literal and direct translation, and the doctrine should not be applied.

*Common, Modern Foreign Languages*

The doctrine applies to words or terms from common, modern languages, which encompasses all but dead, obscure, or unusual languages. *See Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee en 1772*, 396 F.3d 1369, 1377, 73 USPQ2d 1689, 1696 (Fed. Cir. 2005). Thus, an examining attorney should provide evidence to show that the foreign language is a common, modern language. The type of evidence will vary depending on the particular facts of the case but, if available, the examining attorney should provide evidence of the percentage or number of United States consumers who speak the language in question. For example:

> Census evidence provided by applicant, showing that only 0.6% of the American population speak French "very well" or "well," was used by the Board against the applicant to find that French is a commonly spoken language and that, of the foreign languages with the greatest number of speakers in the United States, French was second only to Spanish. *Thomas,* 79 USPQ2d at 1024.
> Evidence showing that 706,000 Russian-speakers live in the United States was persuasive evidence to establish that a "significant portion of consumers" would understand the English meaning of the Russian mark for Russian vodka. *In re Joint Stock Co. "Baik,"* 80 USPQ2d 1305, 1310 (TTAB 2006).

Census evidence identifying the number of people who speak various foreign languages in the United States can be found at **http://www.census.gov/hhes/socdemo/language/**.

If such evidence is unavailable or unpersuasive, the examining attorney may instead provide other evidence that the language in question is a common, modern language by establishing, for example, that the foreign country where the language is spoken is a prominent trading partner of the United States or that the foreign language is spoken by a sizeable world population. Such evidence may be obtained from the USPTO's Translations Branch, as well as the Internet, LexisNexis®, and any other relevant electronic or print resources.

If evidence shows that the language at issue is highly obscure or a dead language, the doctrine will generally not be applied. *See Palm Bay Imps.*, 396 F.3d at 1377, 73 USPQ2d 1689, 1696; *cf. In re Spirits Int'l, N.V.*, 563 F.3d 1347, 1351, 90 USPQ2d 1489, 1491 (Fed. Cir. 2009) (indicating that the doctrine of foreign equivalents does not require that terms from dead or obscure languages be literally translated for the purpose of determining descriptiveness). The determination of whether a language is "dead" is made on a case-by-case basis, based upon the meaning the word or term would have to the relevant purchasing public. For example, Latin is generally considered a dead language. However, if evidence shows that a Latin term is still in use by the relevant purchasing public (i.e., if the term appears in current dictionaries or news articles), then this Latin term would not be considered dead. The same analysis is applied to other words or terms from uncommon or obscure languages.

*Other Considerations: Alternate Meaning of Mark and Marketplace Circumstances of the Commercial Setting in Which the Mark is Used*

The Board may also review the evidence of record to determine the following:

> (1) Whether the foreign wording has a meaning in the relevant marketplace that differs from the translated meaning in English; and/or
> (2) Whether it is more or less likely that the foreign expression will be translated by purchasers because of the manner in which the term is encountered in the marketing environment as used in connection with the goods and/or services.

*See Thomas*, 79 USPQ2d at 1025-26; *see also In re Jos. Schlitz Brewing Co.*, 223 USPQ 45, 45-46 (TTAB 1983) (considering whether purchasers would be likely to translate the mark "KUHLBRAU" into its merely descriptive English equivalent, "cool brew"). In making such determinations, the Board generally reviews evidence such as dictionary definitions, declarations, and specimens.

Typically, the doctrine will not be applied where the foreign wording has developed an alternate meaning in the relevant marketplace that is different from the translated meaning in English, and the evidence shows that the alternate meaning would be understood by the relevant purchasing public. *See La Peregrina*, 86 USPQ2d at 1649 (finding that if sufficient evidence had been provided to show that the Spanish-language mark LA PEREGRINA, which translates to mean "the pilgrim," for goods including pearls and pearl jewelry, was viewed by the relevant purchasing public as the "name of a very famous and unique pearl," such would be a situation "where purchasers would not translate the name"); *cf. Cont'l Nut Co. v. Le Cordon Bleu S.a.r.l.*, 494 F.2d 1395, 1396-97, 181 USPQ 646, 647 (C.C.P.A. 1974) (finding that applicant's ownership of a prior registration for "BLUE RIBBON" did not preclude opposer from asserting damage resulting from applicant's registration of the mark CORDON BLEU, (which literally translates to "blue ribbon") because CORDON BLEU would not be translated by, or have the same significance to, an American purchaser in view of the adoption by the English language of the wording CORDON BLEU, as evidenced by American English dictionary entries indicating that such wording refers to a highly skilled cook).

The doctrine also typically will not be applied where the record indicates that it is unlikely purchasers would translate the mark because of "marketplace circumstances or the commercial setting in which the mark is used." *La Peregrina*, 86 USPQ2d at 1648; *see also Thomas*, 79 USPQ2d at 1026 (finding "MARCHE NOIR" confusingly similar to "BLACK MARKET MINERALS," but suggesting that a different conclusion might have been reached if the marketplace circumstances or commercial setting in which the mark was used were such that it would be unlikely for purchasers to translate "MARCHE NOIR"); *In re Tia Maria, Inc.*, 188 USPQ 524, 525-26 (TTAB 1975) (holding TIA MARIA (which translates to "Aunt Mary") for restaurant services, and AUNT MARY'S for canned fruits and vegetables, not likely to cause confusion, because, inter alia, a person dining at the TIA MARIA restaurant surrounded by its Mexican décor and Mexican food, would be likely to accept "TIA MARIA" as it is and not translate it into "AUNT MARY").

# *Ipomoea aquatica*

From Wikipedia, the free encyclopedia

*Ipomoea aquatica* is a semiaquatic, tropical plant grown as a vegetable for its tender shoots and leaves. It is found throughout the tropical and subtropical regions of the world, although it is not known where it originated. This plant is known in English as **water spinach**, **river spinach**,[1] **water morning glory**, **water convolvulus**, or by the more ambiguous names **Chinese spinach**, **Chinese convolvulus**, **swamp cabbage** or *kangkong* in Southeast Asia.[2] Occasionally, it has also been mistakenly called "kale" in English, although kale is a strain of mustard belonging to the species *Brassica oleracea* and is completely unrelated to water spinach, which is a species of morning glory. It is known as *phak bung* in Thai, *rau muống* in Vietnamese, *trokuon* in Khmer, *kalmi shak* in Bengali, *kangkung* in Malay and Indonesian and *hayoyo* in Ghana.



**Ipomoea aquatica**

### Scientific classification

| | |
|---|---|
| Kingdom: | Plantae |
| (unranked): | Angiosperms |
| (unranked): | Eudicots |
| (unranked): | Asterids |
| Order: | Solanales |
| Family: | Convolvulaceae |
| Genus: | *Ipomoea* |
| Species: | *I. aquatica* |

**Binomial name**

***Ipomoea aquatica***

Forssk.

## Contents

- 1 Description
- 2 Cultivation
- 3 Invasive species
- 4 Culinary uses
- 5 Health risk
- 6 Medicinal uses
- 7 References
- 8 External links

## Description

*I. aquatica* grows in water or on moist soil. Its stems are 2–3 metres (7–10 ft) or more long, rooting at the nodes, and they are hollow and can float. The leaves vary from typically sagittate (arrow head-shaped) to lanceolate, 5–15 cm (2–6 in) long and 2–8 cm (0.8–3 in) broad. The flowers are trumpet-shaped, 3–5 cm (1–2 in) in diameter, and usually white in colour with a mauve centre. Propagation is either by planting cuttings of the stem shoots that will root along nodes or planting the seeds from flowers that produce seed pods.[3][4]

## Cultivation

*Ipomoea aquatica* is most commonly grown in East and Southeast Asia. It flourishes naturally in waterways and requires little, if any, care. It is used extensively in Burmese, Thai, Lao, Cambodian, Malay, Vietnamese, Filipino,

and Chinese cuisine, especially in rural or *kampung* (village) areas. The vegetable is also extremely popular in Taiwan, where it grows well. During the Japanese occupation of Singapore in World War II, the vegetable grew remarkably easily in many areas, and became a popular wartime crop. In the Philippines, a variety of *kangkong* is grown in canals dug during the American occupation after the Spanish-American War, while another variety growing on land is called *Chinese kangkong*.

In non-tropical areas, it is easily grown in containers given enough water in a bright sunny location. It readily roots from cuttings.


Ong choy water spinach.

## Invasive species

*I. aquatica* is listed on the USDA internet site as a "Class A noxious weed",[5] especially in the states of Florida, California, and Hawaii, where it can be observed growing in the wild.[6] *I. aquatica* has been extensively cultivated in Texas for over 30 years, having been originally brought there by Asian immigrants. Because no evidence indicates the plant has escaped into the wild, Texas lifted its ban on cultivation for personal use with no restrictions or requirements, noting its importance as a vegetable in many cultures, and also began permitting cultivation for commercial sales with the requirement of an exotic species permit.[7] In Sri Lanka, it invades wetlands, where its long, floating stems form dense mats which can block the flow of water and prevent passage of boats.[8]

## Culinary uses

The vegetable is a common ingredient in Southeast Asian dishes. In Singapore, Indonesia, and Malaysia, the tender shoots along with the leaves are usually stir-fried with chili pepper, garlic, ginger, dried shrimp paste (*belacan/terasi*) and other spices. In Penang and Ipoh, it is cooked with cuttlefish and a sweet and spicy sauce. Also known as *eng cai* in the Hokkien dialect, it can also be boiled with preserved cuttlefish, then rinsed and mixed with spicy *rojak* paste to become *jiu hu eng cai*. Boiled *eng cai* also can be served with fermented krill noodle *belacan bee hoon* and prawn noodle.[9]


Penang *kangkung blachan*

In the Philippines, where it is called *kangkóng*, the tender shoots are cut into segments and cooked, together with the leaves, in fish and meat stews, such as *sinigang*. The vegetable may also be eaten alone, such as in *adobong kangkóng*, where it is sautéed in cooking oil, onions, garlic, vinegar, soy sauce, and bouillon cube. A local appetiser called crispy *kangkóng* has the leaves coated in a flour-based batter and fried until crisp, similar to Japanese vegetable tempura.[10]

Chinese cuisine (Chinese: 空心菜; pinyin: *kōngxīncài*; literally: "hollow vegetable") has numerous ways of preparation, but a simple and quick stir-fry, either plain or with minced garlic, is probably the most common. In Cantonese, the water spinach is known as 通菜 (Jyutping: tung[1] coi[3])


Thai *pak boong fai daeng*

or 蕹菜 (Jyutping: ung3 coi3, sometimes transliterated as *ong choy*). In Cantonese cuisine, a popular variation

adds fermented bean curd. In Hakka cuisine, yellow bean paste is added, sometimes along with fried shallots.

In the cuisine of Cambodia, where it is called *trakuon* (Khmer: ត្រកួន), water spinach is known to have a few types. The popular type is the usual local water plant, used in many traditional dishes. One type is known as Chinese *trakuon* grown as a straight stalk plant from soil. This type is known to be used in stir fry with pork or just with marinated soy beans (*sieng*). The Khmer popular dish *samlar machu* (sour soup) uses water spinach with fish or chicken. Water spinach is also eaten raw or parboiled along with other vegetables in dip dishes, e.g. *toeuk kroeung*, a sour/salty taste dish, with roughly minced fish mixed with lemon juice, crushed peanuts, basil, and *prahok* (fish paste) flavour, similar to *nam phrik*.

In Thailand, where it is called *phak bung* (Thai: ผักบุ้ง), it is eaten raw, often along with green papaya salad or *nam phrik*, in stir-fries and in curries such as *kaeng som*.[11]

In Laos, where it is known as *pak bong* (ຜັກບົ້ງ), and in Burma, where it is called *gazun ywet* (ကန်စွန်းရွက်; MLCTS: *kancwan:rwak*; [ɡəzʊ́ɴ jwɛʔ]), it is frequently stir-fried with oyster sauce or yellow soybean paste, and garlic and chillies.

In Vietnam, *I. aquatica* (*rau muống*) is a common ingredient and garnish in Vietnamese cuisine and was once served as a staple vegetable of the poor. In the South, the water spinach is julienned into thin strips and eaten with many kinds of noodles. It is also commonly cooked in a sour soup (*canh chua*), with tomatoes, other vegetables, and some kind of protein. *Rau muống* is also commonly sauteed with chopped garlic, oil (or pork fat), and fish sauce, known as *rau muống xào tỏi* (stir-fried water spinach with garlic) and served as a side dish in many meals.



Vietnamese *canh chua*

In South India, the leaves are finely chopped and mixed with grated coconut to prepare *thoran* (തോരൻ), a dish in Kerala. The same dish in Tamil Nadu is prepared as *thuvaiyal* (துவையல்) or as *kootu* (கூட்டு).

In Bangladesh and West Bengal, it is known as *kolmishak* (কলমীশাক) and stir-fried preparation of the leaves is a very popular dish.

# Health risk

If harvested from contaminated areas, and eaten raw, *I. aquatica* may transmit *Fasciolopsis buski*, an intestinal fluke parasite of humans and pigs, causing fasciolopsiasis.[12]

# Medicinal uses

Studies conducted with pregnant diabetes-induced rats have shown a blood sugar-lowering effect of

| Water spinach, raw | | |
| --- | --- | --- |
| Nutritional value per 100 g (3.5 oz) | | |
| Energy | 79 kJ (19 kcal) | |
| Carbohydrates | 3.14 g | |
| Dietary fiber | 2.1 g | |
| Fat | 0.2 g | |
| Protein | 2.6 g | |
| **Vitamins** | | |
| Vitamin A equiv. | 315 μg | (39%) |
| Thiamine (B$_1$) | 0.03 mg | (3%) |
| Riboflavin (B$_2$) | 0.1 mg | (8%) |
| Niacin (B$_3$) | 0.9 mg | (6%) |
| Pantothenic acid (B$_5$) | 0.141 mg | (3%) |
| Vitamin B$_6$ | 0.096 mg | (7%) |
| Folate (B$_9$) | 57 μg | (14%) |
| Vitamin C | 55 mg | (66%) |

*Ipomoea aquatica* by inhibiting the intestinal absorption of glucose.[13][14]

# References

1. ^ "Adobong Kangkong (River Spinach) Recipe" (http://www.filipinofoodrecipes.net/adobong_kang kong.htm). Filipinofoodrecipes.net. Retrieved 2014-01-13.

2. ^ "Kangkong / Ipomoea aquatica Forsk./ POTATO VINE / Herbal Medicinal Therapies / Philippine Alternative Medicine" (http://www.stuartxchange.org/Kangkong.html). Stuartxchange.org. Retrieved 2014-01-13.

3. ^ http://www.curiousgardener.com/2011/09/15/the-new-kangkong-experiment/

4. ^ "Kangkungking.com" (http://www.kangkungking.com/2009/01/how-to-harvest-kang-kung-kong-seeds.html). Kangkungking.com. Retrieved 2014-01-13.

5. ^ http://www.aphis.usda.gov/plant_health/plant_pest "USDA Noxious Weed List"

6. ^ http://plants.usda.gov/java/profile?symbol=IPAQ

7. ^ http://www.texasinvasives.org/plant_database/deta symbol=IPAQ

8. ^ Gunasekera Lalith. *Invasive Plants, A Guide to the Identification of the Most Invasive Plants in Sri Lanka*, Colombo 2009.

9. ^ [1] (http://www.seasiafood.com/wp-content/uploads/2008/12/prawn-noodle-300x224.jpg)

10. ^ "Crispy Kangkong Recipe (River Spinach) - Filipino Recipes Portal" (http://www.pinoyrecipe.net/crispy-kangkong-recipe-river-spinach/). Pinoyrecipe.net. Retrieved 2014-01-13.

11. ^ Nutritional composition of traditional Thai foods used local vegetables (http://www.jfrnd.ku.ac.th/pr/research/Thai_food

**Trace metals**

| | | |
|---|---|---|
| Calcium | 77 mg | (8%) |
| Iron | 1.67 mg | (13%) |
| Magnesium | 71 mg | (20%) |
| Manganese | 0.16 mg | (8%) |
| Phosphorus | 39 mg | (6%) |
| Potassium | 312 mg | (7%) |
| Sodium | 113 mg | (8%) |
| Zinc | 0.18 mg | (2%) |

Link to USDA Database entry (http://ndb.nal.usda.gov/ndb/search/list?qlookup=11503&format=Full)

Units

μg = micrograms • mg = milligrams

IU = International units

Percentages are roughly approximated using US recommendations for adults.

Source: USDA Nutrient Database (http://ndb.nal.usda.gov/ndb/search/list)

(http://www.ipaunuucuinipir.oouuun.ru...uu
s_Payom.pdf)

12. ^ "Transmission: a Case Study of the Vuon-Ao-Chung Agricultural System on the Mekong Delta of Vietnam" (http://www.stanford.edu/class/humbio103/ParaSites2002/fasciolopsiasis/trans.html). Stanford University. 2002-04-28. Retrieved 2014-01-13.

13. ^ Sokeng, S.D.; Rokeya, B.; Hannan, J.M.A.; Junaida, K.; Zitech, P.; Ali, L.; Ngounou, G.; Lontsi, D.; Kamtchouing, P. (2007). "Inhibitory effect of *Ipomoea aquatica* extracts on glucose absorption using a perfused rat intestinal preparation". *Fitoterapia* **78** (7–8): 526–9. doi:10.1016/j.fitote.2007.06.011 (http://dx.doi.org/10.1016%2Fj.fitote.2007.06.011). PMID 17651914 (https://www.ncbi.nlm.nih.gov/pubmed/17651914).

14. ^ Shivananjappa, Mahesh Mysore; Muralidhara (2012). "Dietary supplements of Ipomoea aquatica (whole leaf powder) attenuates maternal and fetal oxidative stress in streptozotocin-diabetic rats". *Journal of Diabetes* **5** (1): 25–33. doi:10.1111/j.1753-0407.2012.00210.x (http://dx.doi.org/10.1111%2Fj.1753-0407.2012.00210.x). PMID 22646693 (https://www.ncbi.nlm.nih.gov/pubmed/22646693).

# External links

- Germplasm Resources Information Network: *Ipomoea aquatica* (http://www.ars-grin.gov/cgi-bin/npgs/html/taxon.pl?20138)
- Multilingual taxonomic information from the University of Melbourne (http://www.plantnames.unimelb.edu.au/Sorting/Ipomoea.html#aquatica)
- Water spinach nutritional information (http://www.ku.ac.th/AgrInfo/fruit/veget/v31.html) from Kasetsart University
- Photo of heart-shaped variety (http://protist.i.hosei.ac.jp/Asagao/Yoneda_DB/E/PCD2522/htmls/40.html)
- Aquatic, Wetland and Invasive Plant Particulars and Photographs (http://aquat1.ifas.ufl.edu/ipaqpic.html)
- USDA Noxious Weed Regulations (Possession in USA requires permit)

(http://www.aphis.usda.gov/ppq/weeds/7cfr360-06.pdf)

- Species Profile- Water Spinach (*Ipomoea aquatica*)
  (http://www.invasivespeciesinfo.gov/aquatics/waterspinach.shtml), National Invasive Species Information
  Center, United States National Agricultural Library. Lists general information and resources for Water
  Spinach.

- *Helminths and Helminthiosis of Pigs in the Mekong Delta Vietnam with Special Reference to
  Ascariosis and Fasciolopsis buski Infection* (http://ss.jircas.affrc.go.jp/engpage/jarq/33-
  3/yoshihara/yoshihara.htm)

- *Ipomoea aquatica* (http://www.westafricanplants.senckenberg.de/root/index.php?
  page_id=13&preview=true&searchTextMenue=Ipomoea+aquatica&search=Wikitemplate) in West African
  plants – A Photo Guide. (http://www.westafricanplants.senckenberg.de/)

Retrieved from "http://en.wikipedia.org/w/index.php?title=Ipomoea_aquatica&oldid=608508765"
Categories: Ipomoea | Edible plants | Perennial vegetables | Leaf vegetables | Plants described in 1775
| Invasive plant species in Sri Lanka

---

- This page was last modified on 14 May 2014 at 07:22.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply.
  By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark
  of the Wikimedia Foundation, Inc., a non-profit organization.

# *Pachira aquatica*

From Wikipedia, the free encyclopedia

***Pachira aquatica*** is a tropical wetland tree of the mallow family Malvaceae, native to Central and South America where it grows in swamps. It is known by the common names **Malabar chestnut**, **Guiana chestnut**, **provision tree**, **saba nut**, monguba (Brazil), **pumpo** (Guatemala) and is commercially sold under the names **money tree** and **money plant**. This tree is sometimes sold with a braided trunk and is commonly grown as a houseplant, although more commonly what is sold as a "Pachira aquatica" houseplant is in fact a similar species, P. glabra.[1]

## Contents

- 1 Description
- 2 Taxonomy and naming
- 3 Role in East Asian culture
- 4 Notes
- 5 References
- 6 External links

## Description

*Pachira aquatica* can grow up to 18 m (59.1 ft) in height in the wild. It has shiny green palmate leaves with lanceolate leaflets and smooth green bark. Its showy flowers have long, narrow petals that open like a banana peel to reveal hairlike yellowish orange stamens. The tree is cultivated for its edible nuts, which grow in a large, woody pod. The nuts are light brown, striped with white. They are said to taste like peanuts, and can be eaten raw, cooked, or ground into flour to make bread. The leaves and flowers are also edible.

The tree grows well as a tropical ornamental in moist, frost-free areas, and can be started from seed or cutting. It is a durable plant and adapts well to different conditions. The pachira needs plenty of sunlight, though it is important to avoid direct sunlight in summer months, as the leaves may get sunburned.

The fruit, a nut is of a brownish colour and can measure up to 12 inches (300 mm) in length and 2.5 inches (64 mm) in diameter. Seeds grow within until such time as the nut bursts, sending the seeds forth and propagating. The nut is edible and often eaten raw or roasted, with a flavor similar to a European chestnut; it may also be ground and made as a hot drink. The fruit is not eaten.[2]

### *Pachira aquatica*



#### Scientific classification

| | |
|---|---|
| Kingdom: | Plantae |
| (unranked): | Angiosperms |
| (unranked): | Eudicots |
| (unranked): | Rosids |
| Order: | Malvales |
| Family: | Malvaceae |
| Genus: | *Pachira* |
| Species: | ***P. aquatica*** |

**Binomial name**

***Pachira aquatica***

Aubl.

**Synonyms**

*Carolinea macrocarpa*
*Bombax macrocarpum*
*Bombax glabrum*
*Pachira macrocarpa*

## Taxonomy and naming

The genus name is derived from a language spoken in Guyana.[3] The species name is Latin for "aquatic". It is classified in the subfamily Bombacoideae of the family Malvaceae. Previously it was assigned to Bombacaceae.[4][5]

The name "money tree" seems to refer to a story of its origin, where a poor man prayed for money, found this "odd" plant, took it home as an omen, and made money selling plants grown from its seeds.[6]

## Role in East Asian culture



*Pachira aquatica* in fruit.

In East Asia, *Pachira aquatica* (Chinese: 馬拉巴栗; pinyin: Mǎlābā lì; literally: "Malabar chestnut") is often referred to as the **"money tree"** (發財樹 *fācái shù*). The tree had long been popular as an ornamental in Japan. In 1986, a Taiwanese truck driver first cultivated five small trees in a single flowerpot with their trunks braided. The popularity of these ornamentals took off in Japan and later much of the rest of East Asia. They are symbolically associated with good financial fortune and are typically seen in businesses, sometimes with red ribbons or other auspicious ornamentation attached. The trees play an important role in Taiwan's agricultural export economy with exports of NT$250 million (US$7 million) in 2005.[7] However, much of what is in cultivation sold as Pachira aquatica is, in actuality, a similar species, P. glabra, which develops a thick base at a younger age and has a smaller growth habit, less showy flowers, and a 6" green seed pod rather than 12" brown seed pod.

## Notes

1. ^ "Pachira aquatica" (http://www.hawaiiantropicalplants.com/fruit.html) *Hawaiian Tropical Plants Nursery*
2. ^ Duarte, Odilo; Robert E. Paull (2006). "Pachira aquatica: Malabar chestnut". In Jules Janick, Robert Paull. *The Encyclopedia of Fruit and Nuts*. Cambridge, MA: CABI. pp. 182–183. ISBN 9780851996387.
3. ^ Helmut Genaust (1983): Etymologisches Wörterbuch der botanischen Pflanzennamen, 2. Auflage. Birkhäuser Verlag – ISBN 3-7643-1399-4
4. ^ IABIN (http://ara.inbio.ac.cr/SSTN-IABIN/species/154777)
5. ^ John H. Wiersema. "GRIN" (http://www.ars-grin.gov/cgi-bin/npgs/html/genus.pl?8717). Ars-grin.gov. Retrieved 2012-01-27.
6. ^ "Money Tree Bonsai, Wedding Favors, Corporate Gifts, Plant Gifts" (http://www.natureperfect.com/shop/money_tree_bonsai.html). Natureperfect.com. Retrieved 2012-01-27.
7. ^ "Fancy take on money trees puts Taiwan on the map." (http://english.www.gov.tw/TaiwanHeadlines/index.jsp?recordid=92685) *Taiwan Headlines* reprint from *Liberty Times*. 23 March 2006. Accessed 10 February 2007.

## References

- "Class effort gives Taiwan world leadership in 'money tree' exports."
  (http://english.www.gov.tw//TaiwanHeadlines/index.jsp?categid=11&recordid=91217) *Taiwan Headlines*
  reprint from *United Daily News*. 9 February 2006. Accessed 10 February 2007.
- "Fancy take on money trees puts Taiwan on the map."
  (http://english.www.gov.tw/TaiwanHeadlines/index.jsp?recordid=92685) *Taiwan Headlines* reprint from
  *Liberty Times*. 23 March 2006. Accessed 10 February 2007.
- "Malabar Chestnut" (http://www.crfg.org/pubs/ff/malabar.html) at California Rare Fruit Growers Fruit Facts
- "*Pachira aquatica*" (http://www.floridata.com/ref/p/pach_aqu.cfm) at FloriData
- Van Wyk, Ben-Erik (2005). *Food Plants of the World*. Portland, Oregon: Timber Press, Inc. ISBN 0-88192-743-0

# External links

- Pachira Aquatica Care (http://www.houseintohome.co.za/plants/money-tree-pachira/)

Retrieved from "http://en.wikipedia.org/w/index.php?title=Pachira_aquatica&oldid=587155469"
Categories: Bombacoideae | Edible nuts and seeds | Trees of Central America | Trees of South America
| Trees of Guatemala

---

- This page was last modified on 21 December 2013 at 23:07.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply.
  By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark
  of the Wikimedia Foundation, Inc., a non-profit organization.

# Wild rice

From Wikipedia, the free encyclopedia
  (Redirected from Zizania aquatica)

**Wild rice** (also called **Canada rice**, **Indian rice**, and **water oats**) are four species of grasses forming the genus ***Zizania***, and the grain which can be harvested from them. The grain was historically gathered and eaten in both North America and China. While it is now a delicacy in North America, the grain is eaten less in China,[2]:165 where the plant's stem is used as a vegetable.

Wild rice is not directly related to Asian rice (*Oryza sativa*), whose wild progenitors are *O. rufipogon* and *O. nivara*, although they are close cousins, sharing the tribe Oryzeae. Wild rice grains have a chewy outer sheath with a tender inner grain that has a slightly vegetal taste.[3]

The plants grow in shallow water in small lakes and slow-flowing streams; often, only the flowering head of wild rice rises above the water. The grain is eaten by dabbling ducks and other aquatic wildlife, as well as humans.

## Contents

- 1 Species
- 2 Use as food
    - 2.1 Nutrition and safety
    - 2.2 Stems
- 3 Ornamental use
- 4 Diseases
- 5 See also
- 6 References
- 7 External links

## Species

Three species of wild rice are native to North America:

- **Northern wild rice** (*Zizania palustris*) is an annual plant native to the Great Lakes region of North America, the aquatic areas of the Boreal Forest regions of Alberta, Saskatchewan and Manitoba in

---

**Wild rice**



### Scientific classification

| | |
|---|---|
| Kingdom: | Plantae |
| (unranked): | Angiosperms |
| (unranked): | Monocots |
| (unranked): | Commelinids |
| Order: | Poales |
| Family: | Poaceae |
| Subfamily: | Ehrhartoideae[1] |
| Tribe: | Oryzeae[1] |
| Genus: | ***Zizania*** |
| | L. |

**Species**

- ***Zizania aquatica*** L.
    - *Zizania aquatica var. aquatica*
    - *Zizania aquatica var. brevis* Fassett
- ***Zizania latifolia*** (Griseb.)

Canada and Minnesota, Wisconsin and Michigan in the US.

- **Wild rice** (*Z. aquatica*), also an annual, grows in the Saint Lawrence River and on the Atlantic and Gulf coasts of the United States.
- **Texas wild rice** (*Z. texana*) is a perennial plant found only in a small area along the San Marcos River in central Texas.

One species is native to Asia:

- **Manchurian wild rice** (*Z. latifolia*; incorrect synonym: *Z. caduciflora*), is a perennial native to China.

Turcz. ex Stapf
- ***Zizania palustris*** L.
  - *Zizania palustris var. interior* (Fassett) Dore
  - *Zizania palustris var. palustris*
- *Zizania texana* Hitchc.

Texas wild rice is in danger of extinction due to loss of suitable habitat in its limited range and to pollution. The pollen of Texas wild rice can only travel about 30 inches away from a parent plant. If pollen does not land on a receptive female flower within that distance, no seeds are produced.[4] Manchurian wild rice has almost disappeared from the wild in its native range, but has been accidentally introduced into the wild in New Zealand and is considered an invasive species there.[5]

# Use as food



Harvesting wild rice.



Ojibwa wild rice pouch, cedar bark, American Museum of Natural History

The species most commonly harvested as grain is the annual species *Zizania palustris*. Native Americans and others harvest wild rice by canoeing into a stand of plants, and bending the ripe grain heads with wooden sticks called knockers, so as to thresh the seeds into the canoe.

The size of the knockers, as well as other details, are prescribed in state and tribal law. By Minnesota statute, knockers must be at most 1 inch in diameter, 30 inches long, and one pound in weight.[6] The plants are not beaten with the knockers but require only a gentle brushing to dislodge the mature grain. The Ojibwa people call this plant *manoomin*, meaning "harvesting berry" but commonly explained to mean "good berry". Some seeds fall to the muddy bottom and germinate later in the year.

Several Native American cultures, such as the Ojibwa, consider wild rice to be a sacred component in their culture.[7] The rice is harvested with a canoe: one person vans (or "knocks") rice into the canoe with two small poles (called "knockers" or "flails") while the other paddles slowly or uses a push pole. For these groups, this harvest is an important cultural (and often economic) event. Named by the Ojibwe, the neighboring *Omanoominii* (the Menominee tribe, whose endonym is *Mamaceqtaw*, "the people") is named after this plant. Many places in Illinois, Indiana, Manitoba, Michigan, Minnesota, Ontario, Saskatchewan and Wisconsin are named after this plant, including Mahnomen, Minnesota, Menomonie, Wisconsin and many lakes and streams bearing the name "Rice", "Wildrice", "Wild Rice" or "Zizania".

Because of its nutritional value and taste, wild rice increased in popularity in the late 20th century, and commercial cultivation began in the US and Canada to supply the increased demand. In 1950 James and Gerald Godward started experimenting with wild rice in a one acre meadow north of Brainerd, Minnesota. They constructed dikes around the acre, dug ditches for drainage, and put in water controls. In the fall they tilled the soil, and in the spring of 1951 they acquired 50 pounds of seed from Wildlife Nurseries Inc. They scattered the seed onto the soil, disked it in, and flooded the paddy. Much to their surprise, since they were told that wild rice needs flowing water to grow well, the seeds spouted and produced a crop. James and Gerald continued to experiment with wild rice throughout the early 1950s and were the first to officially cultivate the previously wild crop.[8]

In the US, the main producers are California and Minnesota (where it is the official state grain) and it is mainly cultivated in paddy fields. In Canada, it is usually harvested from natural bodies of water; the largest producer is the province of Saskatchewan. Wild rice is also produced in Hungary and Australia. In Hungary, cultivation started in 1974 on the rice field of Szarvas. The Indian Rice Ltd. was founded in 1990. Now, the Hungarian wild rice growing and processing is managed only by this company. In Australia production is controlled by Ricewild Pty. Ltd. at Deniliquin in Southern New South Wales.[9]

Manchurian wild rice (Chinese: 菰; pinyin: gū), gathered from the wild, was once an important grain in ancient China.[2]:165 Because of the difficulty of its domestication, it gradually lost importance with increasing population density, as its habitat was converted for use in raising rice. It is now very rare in the wild, and its use as a grain has completely disappeared in China, though it continues to be cultivated for its stems.[2]:165

## Nutrition and safety



Cooked wild rice.

Typically sold as a dried whole grain, wild rice is high in protein, the amino acid lysine and dietary fiber, and low in fat. Nutritional analysis shows wild rice to be second only to oats (quinoa was third) in protein content per 100 calories.[10] Like true rice, it does not contain gluten. It is also a good source of certain minerals and B vitamins. One cup of cooked wild rice provides 5% or more of the daily value of thiamin, riboflavin, iron, and potassium; 10% or more of the daily value of niacin, b6, folate, magnesium, phosphorus; 15% of zinc; and over 20% of manganese.[11]

| Wild rice, cooked | |
|---|---|
| **Nutritional value per 100 g (3.5 oz)** | |
| **Energy** | 423 kJ (101 kcal) |
| **Carbohydrates** | 21.34 g |
| Sugars | 0.73 g |
| Dietary fiber | 1.8 g |
| **Fat** | 0.34 g |
| **Protein** | 3.99 g |
| **Other constituents** | |
| Water | 73.93 g |
| Units | |
| μg = micrograms • mg = milligrams | |
| IU = International units | |

Source: USDA Nutrient Database (http://ndb.nal.usda.gov/ndb/search/list)

Wild rice seeds can be infected by the highly toxic fungus ergot, which is dangerous if eaten. Infected grains have pink or purplish blotches or growths of the fungus, from the size of a seed to several times larger.[12]

## Stems

The swollen crisp white stems of Manchurian wild rice are grown as a vegetable, popular in East and Southeast Asia. The swelling occurs because of infection with the smut fungus *Ustilago esculenta*.[2]:165 The fungus prevents the plant from flowering, so the crop is propagated asexually, the infection being passed from mother plant to daughter plant. Harvest must be made between about 120 days and 170 days after planting, after the stem begins to swell but before the infection reaches its reproductive stage, when the stem will begin to turn black and eventually disintegrate into fungal spores.



Wild rice stems before and after peeling.

The vegetable is especially common in China, where it is known as *gaosun* or *jiaobai* (茭白). Other names which may be used in English include *coba* and **water bamboo**. Importation of the vegetable to the United States is prohibited in order to protect North American species from the fungus.

# Ornamental use

Wild rice is also grown as an ornamental plant in garden ponds.

# Diseases

# See also

- Basmati
- Camargue red rice
- List of dried foods

# References

1. ^ *a b* Kellogg, Elizabeth A. (30 January 2009). "The Evolutionary History of Ehrhartoideae, Oryzeae, and Oryza" (http://link.springer.com/article/10.1007%2Fs12284-009-9022-2). *Rice* **2**: 1–14. doi:10.1007/s12284-009-9022-2 (http://dx.doi.org/10.1007%2Fs12284-009-9022-2). Retrieved 6 July 2013.
2. ^ *a b c d* Simoons, Frederick J. (1991). *Food in China: a cultural and historical inquiry* (http://books.google.com/books?id=Fo087ZxohA4C&lpg=PA165&dq=manchurian%20wild%20rice%20china&pg=PA165#v=onepage&q&f=false). CRC Press. p. 559. ISBN 978-0-8493-8804-0.
3. ^ Reinagel, Monica (19 April 1010). "What Type of Rice is Healthiest?" (http://nutritiondiva.quickanddirtytips.com/what-type-of-rice-is-healthiest.aspx). Retrieved 28 January 2010.
4. ^ Pollination Habits of Endangered Rice Revealed to Help Preservation (http://newswise.com/articles/view/542638/) Newswise, Retrieved on July 15, 2008.
5. ^ NIWA: Stopping the freshwater wild rice invader (http://www.niwa.co.nz/news-and-publications/publications/all/abb/2003-05/invader)
6. ^ Minnesota statute 84.111, subd. 1. (https://www.revisor.leg.state.mn.us/statutes/?id=84.111)

7. ^ Minnesota Public Radio: Wild rice at the center of a cultural dispute (http://news.minnesota.publicradio.org/features/20209/22_gundersond_wildrice-m/)

8. ^ Oelke, Ervin. Saga of the Grain. 2007. 29-33. Print.

9. ^ http://www.ricewild.com.au

10. ^ Lustgarten, Michael (2013-05-20). "Wild Rice: The Protein-Rich Grain that Almost Nobody Knows About!" (http://voices.yahoo.com/wild-rice-protein-rich-grain-almost-nobody-12143888.html?cat=4). Retrieved 2013-06-07.

11. ^ "Nutrition Facts: Wild Rice, cooked" (http://nutritiondata.self.com/facts/cereal-grains-and-pasta/5752/2). 2013-06-07. Retrieved 2013-06-07.

12. ^ Peterson, Lee, *A Field Guide to Edible Wild Plants of Eastern and Central North America*, p. 228, Houghton Mifflin Company, New York City, accessed 2010-09-06. ISBN 0-395-20445-3

13. ^ Oelke, Ervin. Saga of the Grain. 2007. 29-33. Print.

# External links

- Australian wild rice; information about cultivated wild rice in Australia (http://www.ricewild.com.au)
- Zizania (http://www.itis.gov/servlet/SingleRpt/SingleRpt?search_topic=TSN&search_value=41318) in the Integrated Taxonomic Information System
- Save Our Rice Alliance; information on wild rice harvest, management and distribution across the Upper Great Lakes Region (http://www.saveourrice.org)
- Multilingual taxonomic information from the University of Melbourne (http://www.plantnames.unimelb.edu.au/Sorting/Zizania.html)
- Asian Vegetables (http://www.hort.purdue.edu/newcrop/proceedings1990/V1-387.html)
- Zizania aquatica (http://www.hort.purdue.edu/newcrop/duke_energy/Zizania_aquatica.html)
- Jenks, Albert Ernest (1901). The wild rice gatherers of the Upper Lakes: a study in American primitive economics. (http://www.archive.org/details/wildricegatherer00jenkuoft)
- Wild rice recipe (http://eatlowsodium.com/osc/recipe-low-sodium-wild-black-rice.php) How to make rice meal with wild black rice.

Retrieved from "http://en.wikipedia.org/w/index.php?title=Wild_rice&oldid=596323471"

Categories: Canadian cuisine | Crops originating from the United States | Flora of Delaware | Flora of Maryland | Flora of Minnesota | Flora of Pennsylvania | Flora of Virginia | Flora of Washington, D.C. | Flora of West Virginia | Cereals | Rice | Symbols of Minnesota | Invasive plant species | Cuisine of Minnesota | Poaceae genera | Plants described in 1753

- This page was last modified on 20 February 2014 at 11:36.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# *Planera aquatica*

From Wikipedia, the free encyclopedia

*Planera aquatica*, or **Water Elm** is single species in the southeastern United States, a small deciduous tree 10–15 m tall, closely related to the Elms but with a softly, prickly nut 10–15 mm diameter, instead of a winged seed. It grows, as the name suggests, on wet sites. The leaves are 3–7 cm long, with a serrated margin. This tree is consitered an Elm even though its not completely an Elm. Water Elm is also subject to Dutch Elm Disease, which is a disease that effects only Elms. It is native to most of the southeast but can be planted as far north as Virginia.

Retrieved from "http://en.wikipedia.org/w/index.php?title=Planera_aquatica&oldid=609294326"

Categories: Ulmaceae | Ulmaceae stubs

- This page was last modified on 19 May 2014 at 21:39.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

**Water Elm**



### Scientific classification

| | |
|---|---|
| Kingdom: | Plantae |
| (unranked): | Angiosperms |
| (unranked): | Eudicots |
| (unranked): | Rosids |
| Order: | Rosales |
| Family: | Ulmaceae |
| Genus: | *Planera* |
| Species: | *P. aquatica* |

**Binomial name**

***Planera aquatica***

J. F. Gmel.



Natural range of the Water Elm

# Diving bell spider

From Wikipedia, the free encyclopedia
(Redirected from Argyroneta aquatica)

The **diving bell spider** or **water spider**, *Argyroneta aquatica*, is the only species of spider known to live entirely under water.

*Argyroneta aquatica* is found in northern and central Europe and northern Asia up to latitude 62°N. It is the only spider known to spend its whole life under water. As with other spiders, it breathes air, which it traps in a bubble held by hairs on its abdomen and legs.[2] This gives it a silvery appearance, despite it being velvet-grey. The spider inhabits ponds in Europe and northern Asia, and lives for approximately two years. The appearance of the diving bell gave rise to the genus name *Argyroneta*, from the Greek "argyros" (ἄργυρος), meaning "silver", and "neta", a neologism (perhaps for *νητής) derived from the verb "neo" (νέω) "spin", intended to mean "spinner of silver".[3]

Females build underwater "diving bell" webs which they fill with air and use for digesting prey, molting, mating and raising offspring. They live almost entirely within the bells, darting out to catch prey animals that touch the bell or the silk threads that anchor it. However, they have to surface occasionally to renew their personal air supplies and those of their webs. Males also build bells, but these are smaller and the males replenish their bells' oxygen supply less often. The males also have a more active hunting style. Prior to mating, the male constructs a diving bell adjacent to the female's, then spins a tunnel from his bell, breaking into to hers to gain entrance.[4] Mating then takes place in the female's bell. The female spider lays between 30 and 70 eggs in her bell.[4]

Males are around 30% larger than females, which is unusual for spiders. This is possibly because their more active hunting style requires greater strength to overcome water resistance and counteract the buoyancy of their mobile air supplies. The larger body size is also associated with longer front legs, which has been shown to affect diving ability, giving the males superiority in diving over the more sessile females.[2][2] The size of females may be limited as they put more energy into building and maintaining their larger bells. The spiders prey on aquatic insects and crustaceans. Their bite is quite painful as the fangs can pierce the skin, causing localised inflammation and feverishness.[5] The spiders themselves fall prey to frogs and fish.[4]

The replenishment of air is unnecessary in well-oxygenated water, because the bell permits gas exchange with the surrounding water; there is net diffusion of oxygen into the bell and net diffusion of carbon dioxide

---

**Diving bell spider, Water spider or Airbubble spider**



Female (on left) and male

**Conservation status**

Extinct | Threatened | Least Concern

(EX) (EW)  (CR) (EN) (VU)  (NT) **(LC)**

Least Concern (IUCN 3.1)

**Scientific classification**

| | |
|---|---|
| Kingdom: | Animalia |
| Phylum: | Arthropoda |
| Class: | Arachnida |
| Order: | Araneae |
| Family: | Cybaeidae |
| Genus: | ***Argyroneta*** |
| | Latreille, 1804 |
| Species: | ***A. aquatica*** |

**Binomial name**

***Argyroneta aquatica***

(Clerck, 1758)

**Synonyms** [1]

*Araneus aquaticus*
*Aranea aquatica*
*Aranea urinatoria*

out.[6] This process is driven by differences in partial pressure. The production of carbon dioxide and use of oxygen by the spider maintains the concentration gradient, required for diffusion. This system has been referred to as "the water spider's aqua-lung of air bubbles", though an aqua-lung lacks gas exchange with the surroundings.[7]

*Aranea amphibia*
*Clubiona fallax*

# References

1. ^ Norman I. Platnick (March 27, 2010). "Fam. Cybaeidae Banks, 1892d: 95" (http://research.amnh.org/iz/spiders/catalog/CYBAEIDAE.html). *The World Spider Catalog, Version 11.0.* American Museum of Natural History. Retrieved August 30, 2010.

2. ^ *a b c* Schütz, D., and Taborsky, M. (2003). "Adaptations to an aquatic life may be responsible for the reversed sexual size dimorphism in the water spider, *Argyroneta aquatica*" (http://www.zoology.unibe.ch/behav/pdf_files/Schuetz_EvolEcolRes03.pdf) (PDF). *Evolutionary Ecology Research* **5** (1): 105–117.

3. ^ Thorell, Tord (1869). *On European Spiders* (http://books.google.com/books?id=bDQbAAAAYAAJ&pg=PA137). Uppsala, Sweden: Royal Society of Upsala. p. 137. Retrieved 2012.

4. ^ *a b c* Chandramita Bora. "Water Spider" (http://www.buzzle.com/articles/water-spider.html).

5. ^ Ross Piper (2007), *Extraordinary Animals: An Encyclopedia of Curious and Unusual Animals*, Greenwood Press.

6. ^ *J. Exp. Biol.*: 2175–2181. 2011.

7. ^ Flynn, M. R.; Bush, JOHN W. M.: "Underwater breathing: the mechanics of plastron respiration"; J. Fluid Mech. (2008), vol. 608, pp. 275–296. Cambridge University Press doi:10.1017/S0022112008002048 (http://dx.doi.org/10.1017%2FS0022112008002048)

# External links

- Diving Bell Spider - *Argyroneta aquatica* (http://cabinetoffreshwatercuriosities.com/2010/11/11/diving-bell-spider/), The BioFresh Cabinet of Freshwater Curiosities.
- Water spider pictures (http://www.arkive.org/species/ARK/invertebrates_terrestrial_and_freshwater/Argyroneta_aquatica/) on Arkive.org
- "Water Spider" (http://web.archive.org/http://mmem.spschools.org/grade5science/wetland/waterspider.html). eb.archive.org. Retrieved 2014-01-25.
- Diving bell spiders use bubble webs 'like gills' (http://www.bbc.co.uk/nature/13614742)

Retrieved from "http://en.wikipedia.org/w/index.php?title=Diving_bell_spider&oldid=599285360"

Categories: IUCN Red List least concern species | Cybaeidae | Spiders of Asia | Cybaeidae of Europe | Animals described in 1758

- This page was last modified on 12 March 2014 at 13:41.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Budvicia aquatica

## From MicrobeWiki, the student-edited microbiology resource

| This student page has not been curated. |
| --- |

A Microbial Biorealm page on the genus *Budvicia aquatica*

## Contents

- 1 Classification
    - 1.1 Higher order taxa
    - 1.2 Species
- 2 Description and significance
- 3 Genome structure
- 4 Cell and colony structure
- 5 Metabolism
- 6 Ecology
- 7 Pathology
- 8 References

# Classification

## Higher order taxa

Domain: Bacteria. Kingdom: Bacteria. Phylum: Proteobacteria. Class: Gammaproteobacteria. Order: Enterbacteriales. Family: Enterobacteriaceae. Genus: Budvicia. Species: *Budvicia aquatica*.

## Species

*Budvicia aquatica*

# Description and significance

*B. aquatica* can be found in fresh water sources that include brooks, rivers and wells. It was first isolated in fresh water samples from Czechoslovakia in 1983. It is a Gram-negative bacterium with cells that are rod-shaped and can be non-motile, but are also able to develop peritrichous flagella when grown at 22°C (1). They do not form spores, and are non-encapsulated. Temperature sensitive phage tail-like (high-molecular-weight) bacteriocins have been formed by *B. aquatica* in vitro (2). *B. aquatica* has been reported as a surface water contaminant not associated with human feces or sewage (1). It is generally not a disease-causing agent, but one case study has suggested that it may be linked to illness through infection in immunosuppressed persons (3).

# Genome structure

Genome sequencing has been completed on B. aquatica strain DSM 5075. The genome contains 5,668,731 base pairs, 45.75% of which are G+C base pairs and 84.19% that are DNA coding. There are 5129 genes; 5033 are protein-coding genes and 96 code for RNA (4).

# Cell and colony structure

*B. aquatica* is a mesophilic Gram-negative rod-shaped bacterium. Like other gram-negative bacteria, its cell envelope includes a thin peptidoglycan layer surrounded by a periplasmic space and an outer membrane. Lipopolysaccharide (LPS) properties and structure have been isolated, and it has been determined that the LPS shows low toxicity and apyrogenicity. The structure of the O-specific polysaccharide (OPS) was surprising for a gram-negative bacterium, and more closely resembled the structure of glycerol teichoic acids found in gram-positive bacteria (5). When the cell is grown at 22°C, it can produce peritrichous flagella and is motile. At temperatures above 37°C, its motility is decreased (1). It does not produce any extracellular enzymes, but several strains have produced phage tail-like bacteriocins (2). Cells are able to grow on nutrient agar at temperatures between 4 and 37°C. Small, translucent colonies with smooth edges are produced. Colony size at 30°C is 0.5 mm diameter after 24 hours, and 1.5 mm after 48 hours. Colony size at 37°C is 0.1 mm in diameter after 24-48 hours. Cells do not colonize at 42°C (1).

# Metabolism

*B. aquatica* is a hydrogen sulfide producing facultative anaerobe. It ferments glucose and reduces nitrate. Cells can hydrolyze urea and produce the catalase enzyme. It requires nicotinic acid in its environment for cell growth (1).

# Ecology

*B. aquatica* is a fresh-water dwelling bacteria that can be found in drinking water, as well as rivers, streams and swimming pools. Samples have also been isolated from small mammals, including the digestive tract of the common shrew (1). It is considered a surface water contaminant that is not associated with feces or sewage (3).

# Pathology

*B. aquatica* had not been identified as disease-causing bacteria in humans, other animals or plants. However, a case study of sepsis in an immunosuppressed patient exposed to *B. aquatica* in flood water from Hurricane Katrina suggests that the bacteria may cause infection in humans. The patient had been cleaning her house post-flood and developed symptoms that included fever, chills, mild hypoxia and painful urination. Her urine and blood cultures contained a Gram-negative rod that was identified as *B. aquatica* (3). In the lab, the bacteria were sensitive to several antibiotic agents, and the patient was successfully treated with intravenous levofloxican, followed by a two week dose of oral ciprofloxican (3).

# References

(1) Bouvet, O. Grimont, P. Richard, C. Aldova, E. Hausner, O. and Gabrhelova, M. Budvicia aquatic gen. nov., sp. nov.: a Hydrogen Sulfide-Producing Member of the Enterobacteriaceae. *International Journal of Systematic*

*Bacteriology.* (1985) Vol. 35, No. 1. 60-64.

(2) Smarda, J. and Benada, O. Phage Tail-Like (High-Molecular-Weight) Bacteriocins of Budvicia aquatica and Pragia fontium (Enterobacteriaceae). *Applied and Environmental Microbiology.* (2005) Vol. 71, No. 12. 8970-8973.

(3) Corbin, A. Delatte, C. Besson, S. Guidry, A. Hoffmann, A. Monier, P. and Nathaniel, R. Budvicia aquatica sepsis in an immunocompromised patient following exposure to the aftermath of Hurricane Katrina. *Journal of Medical Microbiology.* (2007) Vol. 56. 1124-1125. DOI: 10.1099/jmm.0.47139-0

(4) http://img.jgi.doe.gov/cgi-bin/w/main.cgi?section=TaxonDetail&page=taxonDetail&taxon_oid=2513237113#

(5) Zdorovenko, E. Varbanets, L. Brovarskaya, O. Valueva, O. Shashkov, A. Yu, A. Lipopolysaccharide of *Budvicia aquatica* 97U124: Immunochemical Properties and Structure. *Microbiology.* (2011) Vol. 80, No. 3. 372-377.

Edited by Kelly McNamee of Dr. Lisa R. Moore, University of Southern Maine, Department of Biological Sciences, http://www.usm.maine.edu/bio

Retrieved from "https://microbewiki.kenyon.edu/index.php?title=Budvicia_aquatica&oldid=86384"
Category: Uncurated Pages

Kenyon College   This page was last modified on 2 May 2013, at 03:23.

PubMed [▼] [                                                                    ]

**Display Settings:**    Abstract

Full text links

**[FREE] Full-Text**
J Microbiol Biotechnol

Performing your original search, *rheineimera aquatica*, in PubMed will retriev

J Microbiol Biotechnol. 2010 Oct;20(10):1386-92.

# Rheinheimera aquatica sp. nov., an antimicrobial activity producing bacterium isolated from freshwater culture pond.

Chen WM[1], Lin CY, Young CC, Sheu SY.

Author information

## Abstract

A bacterial strain designated GR5(T) was isolated from freshwater culture pond in Taiwan during the screening of bacteria for antimicrobial compounds and characterized using the polyphasic taxonomic approach. Strain GR5(T) was Gram-negative, aerobic, greenish-yellow colored, rod-shaped, and motile by means of a polar single flagellum. Growth occurred at 10-40 degrees C (optimum, 35 degrees C), at pH 7.0-8.0 (optimum pH 8.0) and with 0-2.0% NaCl (optimum, 0.5-1.0%). The major fatty acids were C(16:1) omega7c (36.3%), C(16:0) (16.6%), C(12:0) 3-OH (12.5%) and C(18:1) omega7c (9.1%). The major respiratory quinone was Q-8. The DNA G+C content of the genomic DNA was 51.9 mol%. Phylogenetic analyses based on 16S rRNA gene sequences showed that strain GR5(T) belonged to the genus Rheinheimera and its most closely neighbours were Rheinheimera texasensis A62-14B(T) and Rheinheimera tangshanensis JA3-B52(T) with sequence similarities of 98.1 and 97.5%, respectively. The sequence similarities to any other recognized species within Gammaproteobacteria were less than 96.5%. The mean level of DNA-DNA relatedness between strain GR5(T) and R. texasensis A62-14B(T), the strain most closely related to the isolate, was 26.5 +/- 7.6 %. On the basis of the phylogenetic and phenotypic data, strain GR5(T) should be classified as representing a novel species, for which the name Rheinheimera aquatica sp. nov. is proposed. The type strain is GR5(T) (= BCRC 80081(T) = LMG 25379(T)).

PMID: 21030822 [PubMed - indexed for MEDLINE]    **Free full text**

**MeSH Terms, Substances**

**LinkOut - more resources**

## PubMed Commons

PubMed Commons home

0 comments



**Hilton Garden Inn Calabasas**
Hilton.com
$129.00
Book Now! Best Rate Guaranteed

AN ENCYCLOPÆDIA
BRITANNICA COMPANY



Merriam-
Webster®

m-w.com

Quizzes & Games    Word of the Day    Video    New Words    My Favorites

New!
**Spanish Central** ▶

wild rice



**?!**  Quiz

Test Your Vocabulary
Take Our 10-Question Quiz

# wild rice

Save    Popularity

Sponsored Links

**Extended Stay America**
Free WIFI, Suites w/ full kitchens. Best rates guaranteed. Book here.
www.extendedstayamerica.com

⊠ **Save this word to your Favorites.**
If you're logged into Facebook, you're ready to go.



**Los Angeles Concerts**

Kings of Leon with Young the Giant and...
Oct 3 at Hollywood Bowl                 Buy Tickets »

Gloria Trevi
May 23 at Nokia Theatre LA Live...     Buy Tickets »

Reverend Horton Heat
May 23 at Ventura Theatre             buy Tickets »

Marco Antonio Solis
May 23 at Honda Center               Buy Tickets »

Matt Pond

StubHub!    SEE MORE TICKETS »

## wild rice

: a kind of grain that is produced by a tall North American
plant that grows in water

**Full Definition of WILD RICE**                    8+1    Like

: a tall aquatic North American perennial grass (*Zizania
aquatica*) that yields an edible grain; *also* : the grain

☞ See wild rice defined for English-language learners »
See wild rice defined for kids »

**First Known Use of WILD RICE**

1748

**Rhymes with WILD RICE**

advice    allspice    black ice    Brandeis    bride-price    brown rice
concise    cut ice    cut-price    deice    device    dry ice    entice
excise    fried
[+] more

**MORE QUIZZES**



**Name That Thing**
Take our visual vocab quiz
Test Your Knowledge »



**True or False?**
A quick quiz about stuff worth knowing
Take It Now »



**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »

StubHub!

Los Angeles
Concerts

Kings of Leon with Y...
Oct 3 at Hollywood Ba...
Buy Tickets »

Gloria Trevi
May 23 at Nokia Theatre...
buy Tickets »

Reverend Horton Heat...
May 23 at Ventura Thea...
buy Tickets »

Marco Antonio Solis
May 23 at Honda Center
Buy Tickets »

## wild rice

Coarse annual GRASS (*Zizania aquatica*, or *Z. palustris*) of the
family Poaceae whose grain, now often considered a delicacy,
has long been an important food of American Indians. Despite
its name, the plant is not related to RICE. Wild rice grows
naturally in shallow water in marshes and along the shores of
streams and lakes in north-central North America. Cultivated
varieties are now grown in Minnesota and California. The
plant, about 3–10 ft (1–3 m) tall, is topped with a large,
open, flower cluster. The ripened grains, dark brown to
purplish-black, are slender rods 0.4–0.8 in. (1–2 cm) long.



**Where Did That "Frisbee"
Come From?**
Top 10 Words of Summer



**"Omphaloskepsis" & (A
Whole Lot) More**
Top 10 Unusually Long and Interesting
Words, Vol. 2

**Learn More About WILD RICE**

Britannica.com: Encyclopedia article about "wild rice"

**Get Our Free Apps**
Voice Search, Favorites,
Word of the Day, and More
iPhone | iPad | Android | More

Exhibit L Page 81

**Matt Pond**
May 23 at Roxy Theatre ...
Buy Tickets »

**YG**
May 23 at House of Blu...
Buy Tickets »

**Gesaffelstein**
May 23 at Fonda Theatr...
Buy Tickets »



**Browse**

Next Word in the Dictionary: wild rocket
Previous Word in the Dictionary: wild rhubarb
All Words Near: wild rice

66 **Seen & Heard** 99

What made you want to look up *wild rice*? Please tell us where
you read or heard it (including the quote, if possible).



Comment using...

Facebook social plugin



**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter



Easy, professional
and secure
file sharing

View Seen & Heard highlights from around the site »

Merriam-Webster on Facebook        Like

---

**The Merriam-Webster**
**Unabridged Dictionary**

Online access to a
legendary resource
Log In or Sign Up »

**Learning English?**
**We can help.**

Visit our free site designed
especially for learners and
teachers of English
LearnersDictionary.com »



**Our Dictionary,**
**On Your Devices**
Merriam-Webster,
*With Voice Search*
Get the Free Apps! »

**New Words**
**Added for 2014**

America's best-selling
dictionary updated for 2014!
New words include *hashtag*,
*steampunk*, and *selfie*.
Learn More »

Celebrate the summer of soccer.
Book your weekend stay now.
 Sheraton    Offer available while supplies last.    Book Now



**Join Us**
 Merriam-Webster
on Twitter »

 Merriam-Webster
on Facebook »

**Bookstore: Digital and Print**
Merriam-Webster references for Mobile,
Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**
Webster's Unabridged Dictionary »         Learner's ESL Dictionary »
WordCentral for Kids »                    Visual Dictionary »
Spanish Central »

---

Home   Help   About Us   Shop   Advertising Info   Dictionary API

Privacy Policy   About Our Ads   Contact Us   Browser Tools

© 2014 Merriam-Webster, Incorporated

Browse the Dictionary
Browse the Thesaurus
Browse the Spanish-English Dictionary
Browse the Medical Dictionary
Browse the Concise Encyclopedia

Exhibit L Page 82

Water fennel - Definition and More from the Free Merriam-Webster D...        http://www.merriam-webster.com/dictionary/water fennel



INLAND EMPIRE HEART & VASCULAR INSTITUTE    St. Bernardine Medical Center    A Dignity Health Member    TAKE HEART.

AN ENCYCLOPÆDIA BRITANNICA COMPANY

Merriam-Webster
m-w.com

Quizzes & Games    Word of the Day    Video    New Words    My Favorites

New!
Spanish Central ▶

water fennel                                   🔍

**?!**  [ Quiz ]
**Test Your Vocabulary**
Take Our 10-Question Quiz



## water fennel                                Save ☆   Popularity 〽

2 ENTRIES FOUND:

- water fennel
- water-fennel oil

Sponsored Links                    Advertise Here ▷
NEW FLAVOR - Chili Lime!
Try our Newest Flavor. Fiery Chilies with a Burst of Lime at...
www.Wingstop.com/Online-Ordering

### water fennel   *noun*

**Full Definition of WATER FENNEL**          8+1   Like

1 :  WATER DROPWORT 1; *especially* :  a European poisonous herb (*Oenanthe aquatica*) with fibrous roots

2 :  WATER STARWORT

This word doesn't usually appear in our free dictionary, but the definition from our premium Unabridged Dictionary is offered here on a limited basis. Note that some information is displayed differently in the Unabridged.

To access the complete Unabridged Dictionary, with an additional 300,000 words that aren't in our free dictionary, start a free trial.

### Browse

Next Word in the Dictionary: water–fennel oil
Previous Word in the Dictionary: water fence
All Words Near: water fennel

**❝ Seen & Heard ❞**

What made you want to look up *water fennel*? Please tell us where you read or heard it (including the quote, if possible).

Add a comment...

☑ Also post on Facebook

Posting as Greg Gabriel (Not you?)              [ Comment ]

Facebook social plugin

View Seen & Heard highlights from around the site ▶

Merriam-Webster on Facebook    Like  [ 183k ]


Monitor your servers, applications, and private and public cloud in one go!

Site24x7.com        FREE Sign Up ▶▶

**MORE QUIZZES**


**Name That Thing**
Take our visual vocab quiz
Test Your Knowledge »


**True or False?**
A quick quiz about stuff worth knowing
Take It Now »


**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »


**Should You "Flush Out" or "Flesh Out" Your Plan?**
Top 10 Commonly Confused Words, Vol. 2


**Words for Uncommon Fears**
Top 10 Unusual Phobias, Vol. 1

**STAY CONNECTED**


**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
iPhone | iPad | Android | More



Exhibit L Page 83

Water fennel - Definition and More from the Free Merriam-Webster D...          http://www.merriam-webster.com/dictionary/water fennel


**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter


**The Merriam-Webster
Unabridged Dictionary**
Online access to a
legendary resource
Log In or Sign Up »


**Learning English?
We can help.**
Visit our free site designed
especially for learners and
teachers of English
LearnersDictionary.com »


**Our Dictionary,
On Your Devices**
Merriam-Webster,
With Voice Search
Get the Free Apps! »


**Merriam-Webster's
Visual Dictionaries**
The new edition of the
remarkable reference
features 8,000
illustrations.
Learn More »

**Join Us**


Merriam-Webster
on Twitter »


Merriam-Webster
on Facebook »

**Bookstore: Digital and Print**
Merriam-Webster references for Mobile,
Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**

Webster's Unabridged Dictionary »        Learner's ESL Dictionary »
WordCentral for Kids »
Spanish Central »

Home   Help   About Us   Shop   Advertising Info   Dictionary API                      Browse the Dictionary

Privacy Policy   About Our Ads   Contact Us   Browser Tools                                Browse the Thesaurus

© 2014 Merriam-Webster, Incorporated                              Browse the Spanish-English Dictionary

                                                                                          Browse the Medical Dictionary

                                                                                  Browse the Concise Encyclopedia

2 of 2                                                                          5/6/2014 8:22 AM

Exhibit L Page 84

Awlwort - Definition and More from the Free Merriam-Webster Dict...    http://www.merriam-webster.com/dictionary/awlwort



AN ENCYCLOPÆDIA BRITANNICA COMPANY

Merriam-Webster

m-w.com

Quizzes & Games    Word of the Day    Video    New Words    My Favorites

New!
Spanish Central ›

awlwort





**?!**  Quiz

Test Your Vocabulary
Take Our 10-Question Quiz

awlwort

Save    Popularity


Sponsored Links    Advertise Here ▷

**3D Printing Stock - PUGE**
The Most Advanced Personal 3D Printing Solution. Invest Now!
www.pugettechinc.com

awl·wort  *noun*  \'ol,wart, -ort\

**Full Definition of AWLWORT**    8+1    Like

: a small aquatic plant (*Subularia aquatica*) of the family Cruciferae with tufted awl-shaped leaves and minute white flowers

**Origin of AWLWORT**

*awl + wort*

This word doesn't usually appear in our free dictionary, but the definition from our premium Unabridged Dictionary is offered here on a limited basis. Note that some information is displayed differently in the Unabridged.

To access the complete Unabridged Dictionary, with an additional 300,000 words that aren't in our free dictionary, start a free trial.

**Browse**

Next Word in the Dictionary: awmous
Previous Word in the Dictionary: awl-shaped
All Words Near: awlwort

**❝ Seen & Heard ❞**

What made you want to look up *awlwort*? Please tell us where you read or heard it (including the quote, if possible).

Add a comment...

☑ Also post on Facebook
Posting as Greg Gabriel (Not you?)    Comment

Facebook social plugin

View Seen & Heard highlights from around the site »

Merriam-Webster on Facebook    Like {183k}


Style that represents you.
YogaOutlet
SHOP NOW ›

**MORE QUIZZES**


**Name That Thing**
Take our visual vocab quiz
Test Your Knowledge »


**True or False?**
A quick quiz about stuff worth knowing
Take It Now »


**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »


**Should You "Flush Out" or "Flesh Out" Your Plan?**
Top 10 Commonly Confused Words, Vol. 2


**Words for Uncommon Fears**
Top 10 Unusual Phobias, Vol. 1

**STAY CONNECTED**


**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
iPhone | iPad | Android | More



Exhibit L Page 85

Awlwort - Definition and More from the Free Merriam-Webster Dict...    http://www.merriam-webster.com/dictionary/awlwort



**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter





**The Merriam-Webster Unabridged Dictionary**
Online access to a legendary resource
Log In or Sign Up »



**Learning English? We can help.**
Visit our free site designed especially for learners and teachers of English
LearnersDictionary.com »



**Our Dictionary, On Your Devices**
Merriam-Webster, *With Voice Search*
Get the Free Apps! »



**Merriam-Webster's Visual Dictionaries**
The new edition of the remarkable reference features 8,000 illustrations.
Learn More »

**Join Us**


Merriam-Webster on Twitter »


Merriam-Webster on Facebook »

**Bookstore: Digital and Print**
Merriam-Webster references for Mobile, Kindle, print, and more. See all »

**Other Merriam-Webster Dictionaries**
Webster's Unabridged Dictionary »    Learner's ESL Dictionary »
WordCentral for Kids »
Spanish Central »

Home    Help    About Us    Shop    Advertising Info    Dictionary API
Privacy Policy    About Our Ads    Contact Us    Browser Tools
© 2014 Merriam-Webster, Incorporated

Browse the Dictionary
Browse the Thesaurus
Browse the Spanish-English Dictionary
Browse the Medical Dictionary
Browse the Concise Encyclopedia

Exhibit L Page 86

Aquatica Digital - Featuring an extensive line of underwater housings for Nikon and Cano...    Page 1 of 4



## WELCOME TO AQUATICA

AQUATICA manufactures an extensive line of underwater housings for today's finest digital cameras. The company also manufactures the world renowned Technical Lighting Control (TLC) strobe arms, trays and accessories. AQUATICA and TLC are the brands preferred by some of the top professional underwater photographers and are well known for their optical quality and superior level of craftsmanship.

Located in Montreal, Quebec, Canada, AQUATICA was founded in 1982, and with expertise acquired over more than 25 years in the industry, has gained a worldwide reputation as a leader and innovator in the field of underwater photography.



Aquatica is the official supplier for the **two largest fleets** of liveaboards in the world. **Learn More »**

## HOT NEWS

**April 2014**



### MARTY WOLFF GALLERY

Long time Aquatica shooter Marty Wolff, who is a recognized expert on whale photography and a resident of the Hawaiian Islands, just posted a new series of whales images **on his website.** Among them are some really innovative over and under images, all underwater images where shot with a Nikon D800 and its Aquatica AD800 housing.

Make sure to drop by his website for a visit, it's worth it!

**March 2014**



### AQUATICA A5D Mk II CHOSEN BY DISCOVERY CHANNEL CANADA'S DAILY PLANET

The production team of the Daily Planet, a television program on Discovery Channel Canada which features daily news, discussion and commentary on the scientific aspects of current events and discoveries, has recently added an **Aquatica A5D Mk II** housing to their production equipment list. Their first, and very conclusive, segment for the Daily Planet, can be **seen here.** Diego A. Garcia, the show segment Producer, has informed us that this Aquatica housing is likely to have a substantial work schedule in the future, so keep an eye out for future segments!

**February 2014**



### AQUATICA DIGITAL ANNOUNCES RELEASE OF NEW SW8 PORT

Along with its new line of housings for the Micro 4/3 series of Camera, Aquatica is proud to introduce the SW8 Port, specially designed to cover Super Wide Angle lenses such as the 114o FOV Panasonic Lumix G Vario 7-14mm F/4 and the 100o FOV Olympus M.Zuiko 9-18mm f/4-5.6.

The SW8 Port is priced competitively at retail USD $579 and will be available in March 2014.

Click image to enlarge    Please **read the Press Release** for more information.

**January 2014**



AQUATICA DIGITAL ANNOUNCES RELEASE OF A1D-C/X HOUSING FOR THE CANON EOS 1D C AND 1D X



Click image to enlarge

In collaboration with Samy's Camera, Aquatica Digital is pleased to announce the release of their A1D-C/X housing, the latest in its fine line of precision crafted aluminum housings. Canon's flagship 1D C and 1D X cameras are professional imaging tools with equally impressive still and video capabilities. With customized controls, next generation lens gear system and uncompromised viewing, Aquatica's new A1D-C/X housing puts the 1D X and 1D C into the hands of photographers shooting in the world's most demanding underwater environments.

The housing is priced competitively at USD **$4,599.95**.

Please **read the Press Release** for more information.

### AQUATICA DIGITAL ANNOUNCES RELEASE OF AE-M1 HOUSING FOR THE OLYMPUS OM-D E-M1



Aquatica Digital is pleased to announce the release of their AE-M1 housing, the latest in its fine line of precision crafted aluminum housings. This housing will incorporate all of the great features of our current DSLR line of housings, but in a much smaller and compact size. Our designers and engineers have taken full advantage of our 5-Axis machines and have come up with what we feel is the best engineered and best looking aluminum housing on the market, and with its long tradition of making underwater housings, it also has a depth rating of 300 feet.

The housing is priced competitively at USD **$1,699** and will be available in March 2014.

Click image to enlarge

Please **read the Press Release** for more information.



Aquatica is currently featured in *Diving Magazine*, an international magazine based in China. The story is about the process of making an Aquatica underwater housing, and it takes the reader on a step by step journey of the whole manufacturing, assembling, testing and quality controls required in getting an Aquatica housing in the hands of an underwater photographer.

Images and text by Jean Bruneau, Technical Adviser for Aquatica, translated by Chloe Song and edited by Xing Hang, this publication was made possible with the invaluable assistance of our Aquatica dealer, **ODE Sports Co.**

To read the article, **click here**. For those not familiar with reading Chinese, this article is also available in English on our website at **http://www.aquatica.ca/en/about_how.html**.

### AQUATICA DEWI NUSANTARA EXPEDITION



Aquatica is pleased to announce that we have reserved an 11 night charter from March 28th to April 8th, 2015 on board the beautiful Dewi Nusantara (dewi-nusantara.com). We will be sailing from Sorong in Raja Ampat to Ambon. This will be a photographers dream, the best of both worlds all in one trip, wide angle and macro. Great wide angle in Raja Ampat and the famous muck diving of Ambon.

Click image to enlarge

We will have demo Aquatica and Amphibico housings available for our guests to try out, as well as our Technical Advisors to assist during this 11 night trip. The final cost of the charter is not yet fully settled but we estimate it to be at around USD $6,000 per person based on 2 people sharing one cabin.

Spaces are limited, only 14! To secure your space or for more information, please email us at **info@aquatica.ca**.



### NEW for 2014! Hidden Treasures, Guam's Marine Preserves - Second Edition
### by Guam-based author TIM ROCK

More photos and more pages showcasing Guam and it's marine world. Introduction by National Geographic's David Doubilet. Inside this 236-page (20 more pages than the first edition, over 200 new photos) book find more than 440 full color images, maps, descriptions and insights into this special Pacific marine world. The small but scenic island of Guam in Western Micronesia is blessed with one of the world's richest coral reef marine environments. It thrives with more than 1000 fish species and over 400 kinds of hard and soft corals, 1,600 mollusk species and a dozen different marine mammals.

The betterment of Guam's diverse underwater world has been the thrust behind a series of nature preserves set up around the island in the last decade. What these areas do is allow breeding stocks to prosper to make more fish and allow corals to grow without stress. In a far-sighted move, the island was studied and some small but very important areas were set aside to help replenish the reefs. They encompass small reef areas and bays from north to south.

They are starting to ensure a resurgence of reef health on this diverse western Pacific gem. This Second Edition is a visual record of the Guam marine preserves by Lonely Planet author and Getty Lonely Planet Images photojournalist Tim Rock, who is a Guam resident. The preserves are now at an important stage in their young development. Enjoy this trip through the preserves. The book also features parks, conservation and historical sites and popular underwater venues found on tropical Guam.

All images in the book were taken using Aquatica housings and Ikelite strobes. This book is now available worldwide through Amazon. **www.amazon.com/gp/product/0983896275**

December 2013





Aquatica user Joseph C. Dovola graced the page of Alert Diver this fall with a fine article on Newfoundland diving. Suffice to say that the water was numbingly cold, nothing new for his Aquatica housing, as these workhorses are born and bred in this type of environment. Joe is not only an excellent photographer, but an accomplished writer as well. His published material is always entertaining and this is no exception.

To see more of his work, visit his website at **www.jcdovola.com**.

To read the article, **click here.**



### DIVERS' WEEKEND

Aquatica is a proud sponsor of the **Divers' Weekend at the Vancouver Aquarium**. The event, now in its 15th year, will take place on January 18th & 19th, 2014.

Certified divers receive 50% off admission just by showing their certification card.

Aquatica products will be on display at the SLS Photo stand for the duration of this weekend.

Click image to enlarge



Click image to enlarge

### AS SEEN IN THE DAILY MAIL IN THE UK

Octavio Aburto, on a recent expedition, was diving some murky Mexican waters when he came face to face with a crocodile. Now we all know that large predatory animals are bound to get your heartbeat rate up, and this was no exception to the rule. When most would see a good reason for scurrying to safety, Octavio, on the other hand, saw the opportunity of a life time and boldly went to work, making the best of this extraordinary situation and consequently, being rewarded by making the headline of the Daily Mail!

This trip, and its many outstanding images, was documented with his Aquatica AD700 and AD7000 housings. **The following article** tells the story of these incredible encounters and shows off this incredible imagery! Great work Octavio!



Tim Rock, a Pacific based award-winning digital photographer and writer specializing in the ocean realm, has reviewed our **Aquatica AD7100 housing** for Wetpixel, a web forum dedicated to the advancement of underwater photography. Tim's extensive experience, in documenting the underwater world for his journalistic work, made him the perfect candidate for **field testing this Aquatica housing.**

Tim Rock is one of our longest **Aquatica Gallery members** and most divers will have, at one point or another, come up across his published work in Lonely Planet guide books or diving magazines.

Click image to enlarge

The Nikon D7100 is an improved and technologically updated camera that picks up where the, already impressive, bench marker D7000 from Nikon previously left.

The AD7100 Aquatica housing was designed to take full opportunity of the Nikon D7100 camera. The controls are positioned so has to be intuitive for the user. The attention to details, such as access to the Fn function, as originally initiated by Aquatica, and total control of the camera features, make this housing exceptionally well suited for underwater photography.

Tim, we are happy to report, was delighted with the housing and camera, **as can be read in is field testing review.**

**November 2013**



### AUSTRALIAN CHALLENGE UNDERWATER FESTIVAL

Congratulation to Aquatica users Gavin Ee, Mark Gray, Liz Rogers and Erjin Bao for their placements in the Australian Challenge UNDERWATER FESTIVAL 2013. To see the competition entries, **please visit the official website** of the photo competition.



### TRADE SECRETS

Nathalie Lasselin, one the few specialist in underwater imagery in Quebec has, in the 17th edition of the REGARD festival, given us **an insider's look at her trade secrets**, learn more about different types of equipments used and their constraints, while discovering the passionate aspect of underwater imagery.

Nathalie Lasselin, l'une des rares spécialistes du tournage sous d'eau au Québec vous dévoile, dans le cadre de la 17e édition du Festival REGARD festival, **les secrets du métier**. Apprenez en davantage sur les différents types d'équipements et les contraintes ainsi que ce qu'il y a de passionnant avec le tournage aquatique.



**RELEASE OF A70D HOUSING FOR THE CANON 70D**

Aquatica, the only established manufacturer of aluminum DSLR housings in North America, announced today the release of the A70D housing for the Canon 70D. With over 30 years of experience, the A70D housing has been carefully designed and manufactures with the finest and latest technological innovations.  Aquatica's deep engineering mastery has yielded once more a finely crafted underwater housing.

The housing is priced competitively at a price point of USD $2,699.00 and will be available January 2014.

**Read the Press Release »**

MORE HOT NEWS »



© 2013 Aquatica Digital. All Rights Reserved  |  Site Map  |  Powered by Red Dream Studios



"Water is the driving force of all Nature"
-Leonardo Da Vinci

# AQUATICA POND SERVICES

Home ▸ Services





**EDUCATIONAL MATERIALS**

Interested in joining up for our monthly Aquatica Newsletter, please sign up below:

Enter your name

Enter your Email

[Update] [Submit]









Aquatica has perfected many waterscaping techniques that unique and one of a kind. From the whole water feature, down to the last placed stone, Aquatica takes great pride in providing a commitment to absolute quality, education, construction and service of water gardens. Rest assured, you will have invested in the highest quality products and services on the market, backed by unsurpassed expertise, customer service and a responsive maintenance team.

We're here to help you every step of the way.

## Qualify Your Builder & Hire the Best

Who is really installing your pond and water feature? Are they qualified? Aquatica has the expertise, talent, and knowledge to create the highest quality water feature on the market.  We take great pride in providing you with the most experienced staff in the state of Wisconsin.  Our commitment to absolute quality, education, and service is what makes us your water feature authority.  Please let us know if you would like to set up an initial consultation.  We would be happy to meet with you at your residence or place of business, wherever is most convenient for you.  Aquatica looks forward to turning your dreams into reality.

· **We will meet or beat all comparably written competitor's quotes**

· **Most comprehensive, unmatched value in the business**

· **Private & public tours available**

· **Aquatica has been ranked as one of the top 10 builders in the nation**

· **We are a complete custom design & installation firm**

· **We provide unlimited customer support after the sale**

· **One of the best warranties in the business**

· **We have the only dedicated and most-experienced service department in the area**

· **We provide the most detailed proposal and contract which means no surprises**

· **Experience is unmatched & cost comparative to less-experienced firms**

· **Aquatica is nationally recognized**

· **True, degreed and educated design & installation awards**

· **Hundreds of references. Testimonials and satisfied clients**

· **Aquatica has its own retail store with product support**

**FACT: Sixty percent of our annual business is renovation of other contractor's pond installations.  Let us help you do it right the first time!**

When you decide to invest in a water garden, you're not only investing in your home or business, you're investing in your lifestyle. Aquatica doesn't advertise that we can build a pond in a day. Quality craftsmanship and pure imagination take time to develop into a beautiful water garden that can stand the test of time and the elements. Aquatica specializes in building water gardens. We don't claim to install

water gardens as just another service offered in addition to building patios, walls, and maintaining lawns. We are simply the most experienced water garden firm in the state.

## Installations & Renovations for Residential and Commercial Settings

· Ponds   ·Water Gardens   ·Pondless Water Features

·Waterfalls   ·Underwater Lighting   ·Bubbling Statuary & Stone Features

From a small bubbling rock, to a world class koi pond and water garden, we can create it. Aquatica's waterscape support team consists of an Aquatic Designer, a Master Pond Builder and Aquatic Technicians. All of these professionals will be readily available to answer questions throughout the entire project. The Master Pond Builder plays an integral role in ensuring a successful project.

This team is what truly ensures a professional, unique and impressive outcome of your waterscape project. Each Aquatica construction crew has a Master Pond Builder on the crew at all times. The Master Pond Builder's support team consists of highly trained and talented individuals. Our experience, commitment and passion will truly be evident throughout the entire waterscape project.

To earn the title of Master Pond Builder, our crew leaders are put through an extensive training period. They must have successfully designed, set-up and installed at least 65 complete waterscape systems in the field and completed yearly classroom and field training. Because quality assurance is such an important part of Aquatica's philosophy, the training demands an understanding of all facets of waterscaping. Water chemistry, aquatic plants, fish, filtration pumps and plumbing, liner attachments and underwater lighting are just a few examples. Aquatica is well respected throughout the community because of this level of commitment and talent.

The installer of your waterscape has the expertise, talent and knowledge to create, for you, the highest quality waterscape on the market. By contracting Aquatica, you are not paying for your contractor's education on how to build a water garden. We take great pride in providing you with the most experience in the state of Wisconsin. Our commitment to absolute quality, education and service is what makes us your waterscape authority. Please let us know is you would like to set up an initial design consultation. We would be happy to meet you at your residence or place of business, wherever is most convenient for you. Aquatica looks forward to turning your dreams into reality.

## Custom Design Rendering Services

Visualizing your own waterscape on your property can be one of the hardest parts of the design process. Aquatica is with you every step of the way, from custom artist renderings of your very own design concept, to pictures and examples of our work, hands-on home show displays, in-store display ideas, pond tours, website videos, picture galleries and so much more!

Dean Pipito and his staff have perfected many ways to help you through the water garden process. The first step is the "design concept". This will help you in deciding on location, shape, and overall appearance of your new feature. These concepts are done the old school way, by hand, and one of a kind, personalized to you only. Look through our website for more examples of these unique and beautiful water garden ideas and concepts.

## Consultations and Do It Yourself Projects

Whether you are having us install your water garden, or you want to do it yourself, we have a full design, installation, and support staff ready to help you.  We can do on-site consultation for design as well as installation consultation for the do it yourselfer.  With the combination of our talent, knowledge, and support, you will soon realize why Aquatica is award winning every step of the way.

## Easy Retail and Online Shopping

·Filtration & Replacement Parts   ·Plumbing Supplies

·Low Voltage & LED Lighting Kits & Supplies   ·Water Garden Kits

·Aquatic Plants & Supplies   ·Large Pond Fish Selection   ·Fish Care & Supplies

·Water Treatments   ·Liner & Underlayment   ·Ornamental Decor

·Bubbling & Spitting Statuary

Aquatica has a retail wonderland dedicated to the water garden hobby, called **The Aquatica Water Garden Shoppe**.  You will find everything from professional components, water garden kits and plumbing supplies, to pond fish, aquatic plants, backyard décor and accessories.  The Aquatica Water Garden Shoppe has one of the largest selections of pond fish and pond supplies in the State, along with many waterfalls and watergarden displays for our clientele to enjoy.

Visit us Online at our online watergarden shoppe for all of your water garden and pond needs.  Our site is one of the best on the web, hands down.  If we don't have it, it doesn't exist!  Also, our site is filled with

Exhibit M Page 92

how to articles, resources, and many informational videos  for you to
enjoy and use.  Visit this site for all of our seminars, events, and Water
Garden Shoppe happenings also!

### Client and Product Support

When you contract with Aquatica for your home or business, we're not
just building a water garden, we're building a relationship with you as
well.  We support our clients 110% after the installation and we promise
to be there for you every time and any time you need us.  Our hundreds
of testimonials and client references prove this.  With so many products
on the market, we realize that maintaining your water garden can be
confusing.  We are available 7 days a week to answer questions on
products or to resolve issues you may have with your water garden, fish,
or plants.

### Maintenance Requests

We pride ourselves in building the highest quality water gardens on the
market.  Aquatica operates one of the largest water garden maintenance
departments in Wisconsin and the Midwest.  Whether a pond light is out
or you need help shutting down your feature for the winter, or anything
in between, we're here to help.

#### Spring Cleanout Service
By replacing the water in your water garden and giving it a good
cleaning at the beginning of each season, your pond can begin each new
season fresh. Early spring, before your pond awakens from it's winter
dormancy, is the best time of year to perform your cleanout. Ideally, the
cleanout should take place before the water temperature creeps above 55
degrees. As long as your water is cooler then 55 degree, the beneficial
bacteria that grow in your filter and on the rocks will not yet be
established. If a cleanout is done after the bacteria colonies form, your
ecosystem will be thrown out of balance and your pond will grow more
algae before your bacteria colonies re-establish themselves again.

"Thank you for again for the excellent job of re-opening our pond. It is
truly a pleasure to work with a company and individuals that care about
the quality of the work they service.I assure you I have and will continue
to be an avid promoter of your business. You know how much we love
our pond, but working with  Aquatica is truly an added bonus.!"

-George & Mary, Pewaukee

"Thank you so much. They did a great job cleaning the pond. It looks
just as beautiful as it did last year!"

-Ron & Charlene, Waukesha

"Mike and Tom are both very hardworking and conscientious
employees. They worked efficiently and without complaint. They could
have done a quick and so-so clean-out for us, but they spent the time
and effort to do the job properly. These are the type of employees that as
business owners, my husband and I, truly appreciate."

-Sue & Jules, Waterford

#### Fall Shut Down Service
If you decide that you will not run your system through the winter, late
fall is a good time to shut down your water garden. Aquatica will remove
your pump and filtration media, bleed out auto-fill lines and cut back
your aquatic plants. By taking advantage of this option, you can ensure
an easy startup in the Spring.

#### Weekly Maintenance Service
Take the guesswork out of maintaining your water garden by having
Aquatica do it for you. We have many flexible maintenance agreements
available with one that will fit your needs. Call or email your Aquatica
Representative for details.

#### On Call Maintenance
We are available Monday-Friday for your on-call service needs. If you
have lights that are out, filtration issues, water loss or anything else...we
can help.

"Thanks so much for the good service. From beginning to end, the
service was very nice. We are very happy with what you suggested and
accomplished."

-Gene & Barbara, Merton

"I have to say that I've been MORE that happy with the service I got
from Sean and Mikey. With as many contractors out there, it's a real
pleasure to work with some honest professionals, that know what they're
talking about. Not to mention Mikey's "sniffing" ability to find the leaks
he did, not to mention how fast he can fix them!!"

-Dan, New Berlin

"It's been great working with you and your crew. As usual, everything is
just superb!"

-Jeff & Val, New Berlin

"I want to thank you for responding so quickly to my pond leakage.
Within a half an hour, you knew where the leak was occurring and why.
He knew exactly what to look for based on how many inches the water
level had dropped in 24 hours. He also said he didn't want me to worry
about the pond over the weekend. I really appreciated your quick
response, expertise and concern."

-Ardith, Big Bend



Copyright © Aquatica

Exhibit M Page 94



## HOME    GALLERY    SERVICES    ABOUT    CONTACT    MEDIA    SUPERSTORE

### Product Spotlight

Reef Nutrition is a great product that helps grown and maintain your Reef Aquariums by providing Live Coral with the nutrients they need.

### Aquatica's Aqua-Blog

**New Arrivals (Salt Water) – 04/08/14**
We got a really nice s...
Apr 8, 2014 2:28:17 PM

**New Arrivals for March 25th!**
Here are this weeks ne...
Mar 25, 2014 4:06:07 PM

**Ask, and you shall receive... Reef Nutrition Now ...**
Since we've had a few ...
Mar 19, 2014 3:35:42 PM

### Product Request

Do you have a new product you'd like us to carry? Interested in an odd or rare fish or piece of coral? Send us a request using our Contact page and let us know. We will look into the product and see if we can carry it for you!

### Email Newsletter

Stay up to date with our monthly Email Newsletter!

Email:

[ Sign Up ]

---

## Welcome to Aquatica Aquarium Gallery



Aquatica Aquarium Gallery is Northeast Ohio's largest and most innovative Aquarium Superstore! We are located in Valley City, Ohio which is about 20 minutes south of Cleveland and 35 minutes north of Akron. What sets us apart from the others is our mission, which is to provide each and every customer the unique experience they deserve. We do this by extending our knowledge and love for the hobby to them, ensuring they get the most out of their aquarium and share in our passion.

We specialize in everything aquatic. We have the largest selection of African Cichlids (especially Aulonocara species; Peacocks, Haplochromis, Mbuna species and more) under one roof in Cleveland, Ohio and supplement that with the largest selection of other fresh water fish like Angelfish, Tetras, Barbs, Rainbow Fish, Corydora, Plecostamus, Shrimp and more.

Aquatica has a pristine selection of Salt Water fish and premium Live Corals as well. We are proud to say that we have the largest selection of Live Coral in Northeast Ohio. We have everything from Mushrooms to Zoanthids, Large Polyp Stony Corals, Hammer Corals, Torches, Frogspawn, Acans, Clams, and specialize in Small Polyp Stony Corals, or SPS like Acropora, Pocillopora, Montipora, Stylophora and more.



If you're looking for hard goods like an aquarium, filters, air or water pumps, or anything related to an aquarium setup then you're in luck. We have over 10,000 products from all of the major manufacturers like EcoTech Marine, Hydor, Brightwell Aquatics, ESV, Salifert and more. We also have our own in-house acrylic fabrication company which designs and builds custom Acrylic Aquariums, Filters, Sumps and a lot more. If you're a fan of DIY projects, we have the most elaborate collection of DIY parts available to the end consumer. Need that special fitting that local stores don't have? Looking for eggcrate material? How about ABS, Polycarbonate or Acrylic sheets? We carry it all!

We enjoy sharing our love for the hobby with our customers and strive to make everyone happy, because keeping an aquarium should be something that brings joy and relaxation to your life. We want to make sure it does just that. Stop in and see us today!

## Coming Soon!

Here's a quick list of some upcoming changes to the website. Look forward to these changes in the next few days!

- List of available aquariums, stands, and setups
- EcoTech Radion Settings from our 180 Extreme Bowfront Reef Tank
- New Products Section
- Downloadable version of our Newsletter

The new Online Superstore is a virtual extension of our retail store. We launched this site to offer our great products and services and livestock to customers who are just too far away. We have plans to ship everything - livestock included - this year, but will start off with hard goods. Expect livestock shipping to begin in mid to late March 2014.

If you have any suggestions or ideas for something you want to see for the new site, just email us on our contact page and our web development team will get busy!

---

### Hours & Directions

Mon - Wed: Appt Only
Thu - Fri: 12:00-8:00p
Sat - Sun: 12:00-5:00p

Just 20 minutes Southwest of Cleveland and 30 minutes Northwest of Akron. Click here for Directions!

### Google Reviews

See our latest Google Reviews and feel free to write one!

### Stay Connected!

 Facebook     Twitter
 Aqua-Blog     Pinterest
YouTube    Google+

### Upcoming Events

**2014 Reefapalooza!**
When: Apr 26-27
Time: 11:00a - 6:00p
Where: Orlando, FL
Click for more info!

**LCAS 2014 Spring Auction!**
When: Apr 6th
Time: 11:00a - ??:00p
Where: Pittsfield, OH
Click for more info!

**LCAS Special Speakers!**
When: May 17, 2014
Time: 3:00p - ??:00p
Where: Elyria, OH
Click for more info!

**Have an event you want listed? Let us know!**

©2014 Aquatica Aquarium Gallery. All Rights Reserved.



CALL FOR DETAILS! (708) 633-7333

**Hours of Operation:**

**Tuesday to Friday**
11:00 AM – 7:00 PM

**Saturday to Sunday**
11:00 AM – 5:00 PM

**Monday**
Closed

**Contact Us for
More Information**

Call us for more
information about our
aquarium equipment and
monthly specials.

displays in the area, we are certain that Aquatica will
fill all of your aquarium needs.

Aquatica is the premier Chicago and Indiana source
for custom acrylic and glass aquariums specializing in
elaborate filtration systems. Aquarium consultation
and maintenance have become key factors in
maintaining our growing customer base.

Testimonial

Our team has provided excellent service to many customers over the years. Read what our happy
customers have to say about our company.

**Pam B**

"Mario and his staff are the best. They help you get started and be successful at your hobby. Their expert
staff educates and guides you all the way!"

**John Walker**

"Thanks for all the help with the aquarium. Your service is second to none."

**Ronald L.**

"The aquarium is amazing! Being self employed, I really appreciate another business owner's dedication to
perfection."

Copyright © Aquatica, 2013. All rights reserved.
Like 22    Tweet 1    8+1 0

Provided by **dex**. Website Solutions



Search

Welcome visitor you can login or create an account.

- Wish List (0)
- My Account
- Shopping Cart
- Checkout

- Home
- Custom Aquariums
- Featured Fish

**Inside Featured Fish**

- Reef Safe
  - Angelfish
  - Anthias
  - Basslets
  - Batfish
  - Blennies
  - Butterflies
  - Cardinals
  - Clownfish
  - Damsels
  - Dragonets
  - Drumfish
  - Filefish
  - Fusiliers
  - Gobies
  - Grouper
  - Hawkfish
  - Hogfish
  - Lionfish
  - Moorish Idol
  - Parrots
  - Pipefish
  - Puffers
  - Rabbitfish
  - Seahorses
  - Tangs
  - Triggers
  - Trunkfish
  - Wrasses
- Non Reef Safe
  - Angelfish
  - Batfish
  - Blennie
  - Butterflies
  - Filefish
  - Sharks
  - Triggerfish
- Invertebrates and Coral

**Inside Invertebrates and Coral**

- Anemone
- Cephalopods
- Clams
- Crabs
- Crabs, Hermit
- Cucumbers
- Featherdusters
- Gorgonians
- Jellyfish
- Lobster
- LPS- Large Polyp Stony
  - Acanthastrea

- Alveopora
- Blastomussa
- Chalice
- Duncanopsammia
- Euphyllia
- Favia
- Fungia
- Symphyllia
- Trachyphyllia/Wellsophyllia
  - Marine Algae
  - Marine Plants
  - Montipora
  - Nudibranchs
  - Polyps
    - Mushrooms
    - Sympodium
    - Zoanthids/Palythoas
  - Shell
  - Shrimps
  - Soft Corals
  - Sponges
  - Squirts/ Tunicates
  - Starfish
  - Urchins
  - SPS- Small Polyp Stony
- Reef Supplies

**Inside Reef Supplies**

  - Additives
    - Seachem
  - Food and Nutrition
  - Salt Mixes
- Equipment

**Inside Equipment**

  - Ecotech Products
  - Innovative Marine
  - Real Reef Rock
  - Reef Dynamics
- Information

**Information**

  - About Us
  - Delivery Information
  - Privacy Policy
  - Terms & Conditions

**Extras**

  - Brands
  - Gift Vouchers
  - Affiliates
  - Specials

**Customer Service**

  - Contact Us
  - Returns
  - Site Map

Cart $0.00
Your shopping cart is empty!



### Wrasse Male

$230.99

Add to Cart Wishlist
Compare



### Blue- Margin Fairy Wrasse Male

$195.99

Add to Cart Wishlist
Compare

### Pearl Wrasse

$42.99

Add to Cart Wishlist
Compare

### Scooter Dragonet

$14.99

Add to Cart Wishlist
Compare

### Green Whiskers Coral

$34.99

Add to Cart Wishlist
Compare



### Ricordea Yuma

$34.99

Add to Cart Wishlist
Compare

## Welcome to Aquatica

### Modern Retail Store

Thanks for visiting our new online shopping experience. Whatever level the hobbyist may be, our mission is to provide the rare pieces for the collector, the most colorful livestock for the beauty of the sea and the latest in technological advances in equipment so that everyone can enjoy the essence of the ocean.

Our fish are supplied by Quality Marine and ORA. Quality Marine has over 35 years of livestock knowledge and are generally recognized as the leaders in fish husbandry and care. We are in constant communication with Quality Marine so that our customers can have not only healthier fish but also access to some of the rarest fish on the market. ORA (Oceans, Reefs and Aquariums) is a leader in aquacultured fish and coral and therefore have livestock that are exclusive to ORA.

Our store aquariums are illuminated by Radions from Ecotech, the leaders in LED

### Custom Aquariums, Ponds and Fountain Design & Maintenance Service

Aquatica has assembled a team of professionals that can assist in the custom design of an aquarium, outdoor ponds (including koi) and water features (fountains) for your home or workplace. Whatever the size of the project, we will work closely with customer so it can reflect the vision they have of their own piece of water structures. Ask for a consultation today.

Aquatica also has a maintenance program that will keep your aquarium/ponds sparkling and livestock healthy. We will examine all the equipment and make any recommendations as to ensure you can enjoy your aquarium to the fullest. We are equipped to transport large amounts of water for water changes. Knowledge, know how and hard work will ensure more predictable outcomes.

### Aquatica News

March 2014- Ecotech paid a visit to our store from the East Coast to discuss future modern products. Stay Tuned!

August 2012- The Grand Opening! We decided to make the opening a fundraiser to show our gratitude for worthy organizations. Thanks to donations from Oculus Aquatics, Reef Dynamics, ORA, Quality Marine and First California Bank, the event raised close to $1000 for this years organization, Elizabeth Hospice. Thanks to San Diego Reefs for helping out with the event and we are looking forward to next years fundraiser.

January 2013- Boy Scouts of America came to the store to earn the Oceanography Merit Badge. The young men had a great time learning about different aspects of the ocean including the chemistry, care and beauty of sea life. Thanks young men! Get that Eagle Badge!

lighting. Aquatica has more Radions for our displays than any other store in the world. All of the systems are UV sterilized and all protein skimmers are made by Reef Dynamics. We truly care about the livestock that customers bring home.

June 2013- A classroom of children from California Ave. Vista Special Needs School came to the store and had a great time learning about tropical fish and coral. It was a great experience for all involved.

September 2013- The 2nd annual Aquatica Fundraiser benefitting Rady Children's Hospital. We surpassed the amount raised from our inaugural fundraiser. Thanks to all the 'Aquaticans' for participating.

## Aquatica Corals

Store Hours Mon. 4-7 Tues-Fri 11-7 Sat. 10-6 Closed Sunday

## Contact Us

(760) 597-0445

info@aquaticacorals.com

## Facebook



## Information

- About Us
- Delivery Information
- Privacy Policy
- Terms & Conditions

## Extras

- Specials

## My Account

- Login
- Order History
- Wish List
- Newsletter

## Customer Service

- Contact Us
- Returns
- Site Map



Payment Processing

VERIFIED & SECURED

© Copyright 2012. Aquatica

Aquatica is a San Marcos, California tropical fish store supporting www.lfslocator.com.

## AQUATICA REEF SUPPLY
11481 Blankenbaker Acc. Dr. Louisville KY 40299
11111

Home        Contact/ Directions        Services        Products        Store Hours

## SERVICES

Click here to see what services we
have to offer you!


More info

## PRODUCTS

Click here to see all the products
we have in store!


More info

## CONTACT

Click here to get in touch with us
either by phone or email!


More info

Located in louisville KY, Aquatica is
one of the largest salt water aquarium
stores in the state.  We have a unique facility design
displaying thousands of gallons in shallow
custom made acrylic systems designed in house here
at Aquatica.  **Check out our services page if you are looking
for "Aquarium installation" or "Service/ Maintenance"**

Sign Up Now

For Email Marketing you can trust.

Share

## NEED CUSTOM INSTALLATION?



We can design whatever you may dream up come true.
Wether it be an acrylic system or glass we can do it!
Our in house acrylic shop give us the ability to design
and construct some just for you.

Learn more



Home        Contact/ Directions        Services        Products        Store Hours

© 2014 AQUATICA REEF SUPPLY LLC

Aquatica Gallery-Bringing Your Living Environment to Life                          Page 1 of 1







Award Winning Innovations
Global Pet Expo 2006, 2007
Best New Product Award Winner





English | Spanish

Aquatica Gallery has earned a reputation as industry's innovation leader by applying science and advance technology to the art of aquarium enjoyment. Our commitment to provide mind soothing yet visually spectacular aquatic showcases truly inspires anyone who is looking for something unique, exotic, and a great Feng Shui generator to enrich and highlight their living environment.



------ The Ingenuity and Craftsmanship Place Us in A League by Ourselves!! -------

HOME | WELCOME | PRODUCTS | GALLERY | FISH CARE | F.A.Q | RESELLER LOCATOR | PURCHASE | CONTACT US

Copyright (c) 2009 Aquatica Gallery LLC. All Rights Reserved.        Website By  Coobi Digital Design

Exhibit M Page 103

*Our Staff*

*Customer Tanks
& Ponds*

*Happy
Customers*

*Testimonial*

*AquaticA At
Work*

*Standard
Aquariums*

*AquaticA
Make News*

*Custom
Aquariums*

*Installation*

*Tanks in
Progress*

*Before & After*

# *AquaticA*
# *Complete Setup of Saltwater*
# *& Freshwater Aquariums*



# *Consulting*
# *Fish & Aquarium Supplies*
# *Licensed, Bonded & Insured*
# *Serving Delaware, Maryland,*
# *New Jersey, and Pennsylvania*

Call Brian at (302) 981-1556
E-Mail - aquatica@comcast.net

# *We will Save You Money*







**Call Us Now: (210) 315-7665**

# POOL MANAGEMENT, INC.

*"Committed to providing the safest, cleanest and most enjoyable swimming experience for your community."*

Home          Who We Are          Meet the Team          Employment



### Staffing Solutions

When your association hires Aquatica Pool Management, Inc. to fully manage your facility, your members can relax, knowing we take care of everything!

Our comprehensive management service can include fully insured swimming pool attendants and American Red Cross certified lifeguards. Your association doesn't have to worry about the headaches associated with recruiting staff members, keeping track of payroll or scheduling lifeguards. We take the hassle out of the entire process!

**READ MORE**



### Pool Maintenance

We understand the swimming pool is the main attraction in your neighborhood. Our company prides itself on maintaining the cleanest and safest swimming pools in San Antonio,

The cleanliness of your neighborhood swimming is our highest priority! During the season, a member of the Aquatica Pool Management, Inc. maintenance team will visit your facility multiple times per week to ensure your pool is crystal clear, debris free and chemically balanced. Our automated chemical maintenance program is hassle free and included for all of our customers.

**READ MORE**



### Repair & Rennovation

Aquatica Pool Management, Inc. is prepared to assist your association with both simple and extensive swimming pool projects. Simply put, there is nothing we can't handle.

Motor replacement for a pump? Easy! You want your swimming pool resurfaced? No problem! The swim team needs help installing their starting blocks? We can do that! Regardless of the size of the project, Aquatica Pool Management, Inc. is here to ensure the job gets done properly at competitive price. The job is not complete until our customer is 100% satisfied.

**READ MORE**

## contact us

Send us a message and tell us how we can help!

Name

Email

Phone

Subject

Message



Send

© Copyright 2014 Aquatica Pool Management, Inc.



# Welcome



J.M. "Marty" Tanner, Owner, Aquatica Tropicals, Inc.: My background initially was in accounting. Ironically enough, one of the businesses that we were doing accounting work for was a tropical fish farm. I looked at the numbers and with my personal interest in fish keeping. I consequently got a job at a fish farm. I continued to work there on a part-time, then a full-time basis until I took over management of that company, and found the opportunity and started our own farm.

Combining his love of tropical fish with a keen business sense, J.M. "Marty" Tanner turned a childhood hobby into one of the largest individual producers of tropical fish in the world.

Owners Marty and his wife, Sue Tanner, began Aquatica Tropicals, Inc., with an eight-acre farm east of Plant City. They eventually expanded that farm and purchased a second one, a 13-acre facility, in Lakeland. Today, their company is a high-tech, ornamental aquaculture production facility using state-of-the art technology. Between the two sites, and a third facility under construction in Ruskin, the company currently is producing and marketing 150,000 to 200,000 fish a week.

While the company's outdoor ponds remain productive, breeding and raising fish indoors has been a large part of Aquatica's success. The three locations have over 100,000 square feet of indoor production space. This controlled environment eliminates the risk of disease, predation and weather damage common in outdoor pond production.

Moving production indoors did not eliminate all the threats to his agricultural endeavor. Facing a decline in water resources in South Florida, Tanner recognized the need to evaluate his operation's water consumption to remain viable in an extremely competitive business.

Marty Tanner: It was as much a moral issue as it was a business decision back at that time. I like to think of myself as a viable business person; I'm also very environmentally sensitive in the fact that, hey, how can I morally use the amount of water that we're currently using to produce a tropical fish?

The answer was recirculating the water of the indoor tanks. Working with the University of Florida, Aquatica developed a closed-loop filtration system. The system first removes any solids from the water, then with cultivated bacteria, biologically breaks down any chemical toxins. Next the water is reoxygenated, then sterilized with ultraviolet radiation before returning to the tanks.

Heating and cooling systems control the water temperature so critical to the health, growth and survival of the tropical fish. Because the water is re-circulated indoors, little of it is lost to evaporation, despite the fact that the three facilities continually clean and reuse more than 2 million gallons of water each day.

Aquatica's pro-active environmental practices go beyond local impact. Working with other research facilities, the company's staff biologist and its reproductive physiologist are pioneering new spawning techniques. These techniques will allow the reproduction of tropical fish on local farms, which not only reduces stress and diseases that affect wild-captured fish, it also prevents the depletion of wild tropical fish populations.

In a program with even greater worldwide implications, the University of Florida and the University of Southampton in England, are participating in a project to produce the protein known as "Human Factor 7." A coagulating factor in blood, this protein will be used for high-quality medications for hemophiliacs and accident victims. Presently this product of blood plasma is very expensive and in very short supply. The cold-blooded tropical fish supplied by Aquatica act as an ideal vessel to produce the protein.

Marty Tanner: One of the biggest advantages with using a fish as a vessel to produce this "Factor 7" is we don't have to worry about any warm-blooded diseases, whether it's hepatitis, HIV or anything that may come in contact. So it's a very good vessel, so to speak, to develop this type of protein.

Even with its impressive growth and success, the company is still run as a family business. Marty Tanner oversees the day-to-day operations, Sue handles the books, and their children help out during summers and holidays. The company's 20 employees are also treated like family and take great pride in their work.

Marty Tanner: The backbone of our success comes from the people that work with us. We have a strong core group of employees that we look at more as coworkers as opposed to employees. They're the reason that we're successful.

Whether it's the production of exotic and beautiful fish, involvement in groups that seek more sophisticated medicines, or helping the industry move into the 21st century, Aquatica Tropicals continues to set the pace with environmental practices that will ensure its place in Florida's future.

Aquatica Dive Surf SUP Tours | Lessons and Gear                                      Page 1 of 6

# AQUATICA DIVE & SURF PUERTO RICO

Our staff consists of passionate and experienced surfers, scuba divers and water sport enthusiasts
who love what they do and are always looking forward to new adventures. Come visit us... only 5 minutes from Aguadilla Airport!

SCUBA                          SURF                          SUP



## WHY CHOOSE AQUATICA DIVE, SURF & SUP?

Highly endorsed by the PR Tourism, Aquatica Dive, Surf & SUP has been serving divers and surfers for over 25 years. Whether your sport is surfing, scuba diving, stand up paddle boarding (SUP), snorkeling, or biking, Aquatica has a full range of lessons, certifications, tours, rentals, and equipment. Our experienced, certified instructors create a safe and fun environment to get you riding waves or breathing under water quickly and without injury. Surf, dive, and bike gear are the highest quality recognized brands with affordable rental and sale prices. We'd love to hear from you! Give us a call at (787) 890-6071, or click here to email us

Aquatica Dive Surf SUP Tours | Lessons and Gear          Page 2 of 6

**Aquatica Dive & Surf**

ⓞⓞⓞⓞⓞ 83 Reviews

ⓞⓞ **trip**advisor®

