KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
GREGORY S. GABRIEL (SBN 239902)
  ggabriel@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone:  310.566.9800
Facsimile:   310.566.9850

Attorneys for
SeaWorld Entertainment, Inc.;
SeaWorld Parks & Entertainment, Inc.;
SeaWorld Parks & Entertainment LLC
and SeaWorld LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRALEDGE, INC.,<br><br>　　　　Plaintiff,<br>　　vs.<br>SEAWORLD ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEAWORLD LLC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 13CV0296 BAS-BLM<br><br>**JOINT NOTICE OF SETTLEMENT** |
| SEAWORLD PARKS & ENTERTAINMENT, INC.; SEAWORLD PARKS & ENTERTAINMENT LLC, SEA WORLD LLC;<br><br>　　　　Cross-Complainants,<br>　　vs.<br>SPIRALEDGE, INC.,<br><br>　　　　Cross-Defendant. | |

**TO THE COURT:**

**PLEASE TAKE NOTICE** that, Defendants SeaWorld Entertainment, Inc., SeaWorld Parks & Entertainment, Inc., SeaWorld Parks & Entertainment, LLC and SeaWorld, LLC (collectively "Defendants"), and Plaintiff Spiraledge, Inc. ("Plaintiff"), have settled this matter as to all parties and claims. The parties executed a short-form settlement agreement at the conclusion of a mediation held on July 17, 2014, and are currently drafting a long-form settlement agreement and expect to execute that agreement shortly. In light of the above, Defendants and Plaintiff respectfully request that the Court permit the parties 30 days to file a dismissal of the action and that the Court take Defendants' pending motions for summary judgment and summary adjudication, which are set for hearing on August 4 and August 11, 2014 respectively, off calendar pending finalization of the long-form settlement agreement and filing of dismissals.

DATED: July 23, 2014          KINSELLA WEITZMAN ISER
                              KUMP & ALDISERT LLP


                              By:      /s/ Lawrence Y. Iser
                                  Lawrence Y. Iser
                                  Attorneys for SeaWorld Entertainment,
                                  Inc.; SeaWorld Parks & Entertainment,
                                  Inc.; SeaWorld Parks & Entertainment
                                  LLC and SeaWorld LLC


DATED: July 23, 2014          VASQUEZ BENISEK & LINDGREN LLP


                              By: /s/ Stephen C. Steinberg (with permission)
                                  Attorneys for Spiraledge, Inc.