UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRALEDGE, INC.,<br><br>             Plaintiff,<br>v.<br><br>SEA WORLD ENTERTAINMENT, INC., et al.<br><br>             Defendants. | Case No. 13CV296 BAS (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

On July 23, 2014, the parties filed a Joint Notice of Settlement, stating that the lawsuit has been settled. ECF No. 100. Because the case has settled, all other pending dates before Magistrate Judge Major are hereby vacated. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The parties are ordered to file their joint motion for dismissal, signed by counsel of record and any unrepresented parties, no later than **August 26, 2014**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

If the fully executed joint motion for dismissal is not filed by **August 26, 2014**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **September 2, 2014** at **9:30 a.m.** in **Courtroom 1B**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

DATED: July 23, 2014

*/s/ Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge