1
2
3
4
5
6
7
8
9
10
11
12
13

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRALEDGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEA WORLD ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No. 13-cv-296 BAS (BLM) <br><br> **ORDER VACATING HEARING DATES IN LIGHT OF SETTLEMENT** |

  Having reviewed the parties' joint notice of settlement and their request to permit the parties 30 days to file a dismissal, the Court finds good cause to **VACATE** the hearing dates for Defendants' pending motions. Accordingly, the Court orders all pending hearing dates in this matter **VACATED**, provided that within 30 days the parties file a dismissal of the action. The parties must either file

1  a notice of settlement or notice requesting new hearing dates within 30 days.
2      **IT IS SO ORDERED.**
3
4  **DATED:  July 24, 2014**

Hon. Cynthia Bashant
United States District Judge